**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                        Case No. 24-20070-DDC

NEWTON JONES (01),
WILLIAM CREEDEN (02),
KATERYNA JONES (03),
WARREN FAIRLEY (04),
LAWRENCE MCMANAMON (06),
KATHY STAPP (07),
CULLEN JONES (08),

        Defendants.

Attorneys for Plaintiff: Faiza H. Alhambra, Jabari B. Wamble, Vincent Falvo
Attorneys for Defendants: Daniel Morton Nelson, Patrick A. McInerney (01)
Thomas J. Bath, Jr. (02)
Christopher J. Angles, John Davis (03)
James R. Hobbs, Marilyn B. Keller (04)
Branden L. Smith, James Wooley, Kevin M. Spellacy (06)
Patrick James O'Connor (07)
Jackson Hobbs, Kathleen Fisher Enyeart (08)

| JUDGE: | Daniel D. Crabtree | DATE: | 10/10/2024 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PROBATION: | |

# STATUS CONFERENCE

Defendants Newton Jones, Kateryna Jones, Fairley, McManamon, Stapp, and Cullen Jones appear not and waive appearance. Defendant Creeden appears in person with counsel.

The following motion is before the court:

    Doc. 72 – Motion to Declare Case Complex and Designation of Excludable Time – **REMAINS PENDING as set forth in full on the record. Counsel will submit a proposed order.**

Defendant Newton Jones's counsel orally moves for the court to continue the status conference to allow time to receive and review voluminous discovery. The parties agree that a 90-day continuance is reasonable.

**The court grants defendant Newton Jones's oral motion and continues the status conference to January 16, 2025, at 9:00 a.m.**

Pursuant to the specific findings set forth in full on the record, the court finds that the ends of justice served by allowing defendants the additional time requested outweigh the best interest of the public and the defendants in a speedy trial and that the continuance shall be granted.

It is ordered by the court that the period of delay resulting from the additional time granted pursuant to the court's order, **October 10, 2024, until January 16, 2025**, is deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and defendants in a speedy trial.

**Defendants remain on release.**