**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

       Plaintiff,

v.

                                              Case No. 24-20070-DDC

NEWTON JONES (01),
WILLIAM CREEDEN (02),
KATERYNA JONES (03),
WARREN FAIRLEY (04),
LAWRENCE MCMANAMON (05),
CULLEN JONES (07),

       Defendants.

**Attorneys for Plaintiff:** Faiza H. Alhambra, Jabari B. Wamble, Vincent Falvo
**Attorneys for Defendants:** Daniel Morton Nelson, Patrick A. McInerney (01)
Thomas J. Bath, Jr. (02)
John T. Davis, Mark D. Molner (03)
James R. Hobbs, Marilyn B. Keller (04)
Branden L. Smith, James Wooley, Kevin M. Spellacy (05)
Jackson Hobbs, Kathleen Fisher Enyeart (07)

| JUDGE: | Daniel D. Crabtree | DATE: | 1/16/2025 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kristina Scott |
| INTERPRETER: |  | PROBATION: |  |

# STATUS CONFERENCE

Defendants Newton Jones, Kateryna Jones, Fairley, McManamon, and Cullen Jones appear not and waive appearance. Defendant Creeden appears in person with counsel.

Defendant Newton Jones's counsel orally moves for the court to set the case for a jury trial on May 11, 2026, to allow adequate time to work through voluminous discovery and issues therein and prepare for trial. Defendants Creeden, Kateryna Jones, Fairley, McManamon, and Cullen Jones support the proposed May 11, 2026, trial setting. Government's counsel proposes a February 9, 2026, trial setting.

**The court grants defendant Newton Jones's oral motion in part and sets the case for a jury trial on May 4, 2026, at 9:00 a.m.**

Pursuant to the specific findings set forth in full on the record, the court finds that the ends of justice served by allowing defendants the additional time requested outweigh the best interest of the public and the defendants in a speedy trial and that the continuance shall be granted.

It is ordered by the court that the period of delay resulting from the additional time granted pursuant to the court's order, **January 16, 2025, until May 4, 2026,** is deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and defendants in a speedy trial.

**The court orders the parties to file a joint report on the status of discovery issues by February 3, 2025.**

**The court sets the case for a status conference on February 13, 2025, at 9:00 a.m.**

**The court directs counsel to confer about pretrial filing deadlines and corresponding court proceedings and be prepared to discuss them at the February 13, 2025, status conference.**

**Defendants remain on release.**