IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:24-cr-20070-03-DDC-TJJ |
| | ) | |
| NEWTON JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT NEWTON JONES'S REQUEST TO WAIVE APPEARANCE**

COMES NOW Newton Jones and, pursuant to Rule 43(b)(3) of the Federal Rules of Criminal Procedure, respectfully moves the Court for its order permitting him to waive his personal presence at the July 17, 2025 hearing.

In support thereof, he states:

1. Mr. Jones is a resident of Chapel Hill, North Carolina.

2. Mr. Jones was charged by indictment in this case on August 21, 2024.

3. Mr. Jones voluntarily appeared on September 3, 2024 for his initial appearance and arraignment. Judge James accepted his plea of not guilty and granted Mr. Jones a personal recognizance bond.

4. Mr. Jones has previously filed waivers of appearance, all of which have been granted by this Court.

5. The Court has set a hearing on July 17, 2025 to take up the matter of the Government's Motion to Abrogate and the parties' respective positions.

6. Mr. Jones has conferred with counsel and wishes to waive his right to appear at the July 17th hearing.

WHEREFORE, Newton Jones respectfully requests this Court issue its order granting his waiver of appearance for the July 17, 2025 hearing in this cause.

Respectfully submitted,

Newton Jones

Respectfully submitted:

By: /s/ Patrick A. McInerney
Patrick A. McInerney  KS Bar # 22561
Daniel M. Nelson      D.Kan. # 79203
SPENCER FANE LLP
1000 Walnut St., Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216 (fax)
pmcinerney@spencerfane.com
dnelson@spencerfane.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on this 27th day of ~~July, 2025~~ June, 2025 with the clerk of the court for delivery to interested parties.

/s/ Patrick A. McInerney
Attorney for Newton Jones

KC 24699846.1