UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 2:24-CR-20070-6-DDC |
| | ) | |
| KATHY STAPP, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE IN OPPOSITON TO NON-PARTY INTERNATIONALBROTHERHOOD OF BOILERMAKERS MOTION TO MODIFY SUBPOENA OR IN THE ALTERNATIVE TO QUASH**

1. On June 16, 2025, non-party International Brotherhood of Boilermakers filed a motion to modify subpoena or in the alternative to quash [Doc. 111]. That motion proposed a modification to exclude any emails from the Government's May 30, 2025 subpoena for production for emails which involve Defendant Kathy Stapp.

2. Defendant Stapp opposes the Boilermakers motion to withhold her emails. Defendant Stapp may be a witness and may testify at trial. She is entitled to review said emails in preparation of trial or in preparation of any other hearing related to her case.

WHEREFORE, Defendant Stapp respectfully requests the Court deny the Boilermakers Motion to Modify Subpoena or in the Alternative to Quash as it relates to her emails.

Respectfully submitted,

*/s/ Patrick J. O'Connor*
Patrick J. O'Connor        Fed #78081
4740 Grand Ave., Ste. 300  MO #52544
Kansas City, MO 64112
pjoconnor@wcllp.com
(816) 701-1100; Fax (816) 531-2372

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of June, 2025, a true copy of the foregoing document was filed utilizing this Court's ECF system, and that a copy of the foregoing document was then served via this Court's system for electronic distribution to all counsel and parties of record.

                                        */s/ Patrick J. O'Connor*