**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>NEWTON JONES,<br>WILLIAM CREEDEN,<br>KATERYNA (KATE) JONES, and<br>LAWRENCE McMANAMON,<br><br>Defendants. | Case No. 2:24-cr-20070-DDC-TJJ |

## GOVERNMENT'S SECOND AMENDED TRIAL EXHIBIT LIST

The United States of America by and through undersigned counsel, submits the following list of exhibits for the Government's case in chief in the above referenced matter:

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 1 | Boilermakers Union Structure | RD11_JONES_000001 | | | | |
| 2a | International officers of the Boilermakers Union | RD11_JONES_019902 | | | | |
| 2b | Structure of the Headquarters Office of the Boilermakers Union | RD11_JONES_019903 | | | | |
| 2c | Boilermakers Union International Officers and Employees | RD11_JONES_019904 | | | | |
| 3 | 2021 Boilermakers Union Constitution | RD11_JONES_019905 | | | | |
| 4 | Article 9.1 of the Boilermakers Union Constitution | RD11_JONES_023646 | | | | |
| 5 | Article 5.2 of Constitution | RD11_JONES_026240 | | | | |
| 6 | Elevation of Newton Jones to International President of the Boilermakers Union | IBB0111486;<br>RD11_JONES_027671 | | | | |
| 7 | Newton Jones Personnel File at Boilermakers Union | IBB0108359;<br>IBB0108462;<br>IBB0111202;<br>IBB0111206;<br>IBB0111381;<br>IBB0111474;<br>IBB0111678;<br>RD11_JONES_028419 | | | | |
| 8 | Newton Jones Appoints Bill Creeden as Chief of Staff April 2023 | IBB0110446;<br>RD11_JONES_030008 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 9 | Newton Jones Appoints Bill Creeden as Secretary-Treasurer Oct 2005 | IBB0110446; RD11_JONES_030132 | | | | |
| 10 | Bill Creeden Personnel File (redacted) at Boilermakers Union | IBB0110423; RD11_JONES_000002 | | | | |
| 11a | Minutes of the International Executive Council (IEC) of the Boilermakers Union_2009-2024 WITH ATTACHMENTS | IBB17c_2869186-2873463; RD11_JONES_002756 | | | | |
| 11b | Minutes of the International Executive Council (IEC) of the Boilermakers Union_2009-2024 WITHOUT ATTACHMENTS | IBB17c_2869186-IBB17c_2873463; RD11_JONES_006313 | | | | |
| 11c | Spreadsheet of the Meetings of the International Executive Council (IEC) of the Boilermakers Union_2009-2024 | RD11_JONES_008470 | | | | |
| 12 | Minutes of the International Executive Council (IEC) of the Boilermakers Union June -December 2023 (Fairley Presidency) | IBB0182851-IBB0182959; RD11_JONES_008484 | | | | |
| 13a | Voting Sheets of the International Executive Council (IEC) | IBB17c_2873464-IBB17c_2877536; RD11_JONES_008854 | | | | |
| 13b | Voting Tally Sheets of the International Executive Council (IEC) | IBB17c_2873464-IBB17c_2877517; RD11_JONES_012927 | | | | |
| 14a | Labor Management Report of Boilermakers Union (LM-2) 2023-24 | RD11_JONES_013302 | | | | |
| 14b | Labor Management Report of Boilermakers Union (LM-2) 2022-23 | RD11_JONES_013394 | | | | |
| 14c | Labor Management Report of Boilermakers Union (LM-2) 2021-22 | RD11_JONES_013530 | | | | |
| 14d | Labor Management Report of Boilermakers Union (LM-2) 2020-21 | RD11_JONES_013591 | | | | |
| 14e | Labor Management Report of Boilermakers Union (LM-2) 2019-20 | RD11_JONES_013648 | | | | |
| 14f | Labor Management Report of Boilermakers Union (LM-2) 2018-19 | RD11_JONES_013711 | | | | |
| 14g | Labor Management Report of Boilermakers Union (LM-2) 2017-18 | RD11_JONES_013773 | | | | |
| 14h | Labor Management Report of Boilermakers Union (LM-2) 2016-17 | RD11_JONES_013836 | | | | |
| 14i | Labor Management Report of Boilermakers Union (LM-2) 2015-16 | RD11_JONES_013922 | | | | |
| 14j | Labor Management Report of Boilermakers Union (LM-2) 2014-15 | RD11_JONES_013981 | | | | |
| 14k | Labor Management Report of Boilermakers Union (LM-2) 2013-14 | RD11_JONES_014039 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 14l | Labor Management Report of Boilermakers Union (LM-2) 2012-13 | RD11_JONES_014096 | | | | |
| 14m | Labor Management Report of Boilermakers Union (LM-2)2011-12 | RD11_JONES_014180 | | | | |
| 14n | Labor Management Report of Boilermakers Union (LM-2) 2010-11 | RD11_JONES_014288 | | | | |
| 14o | Labor Management Report of Boilermakers Union (LM-2) 2009-10 | RD11_JONES_014369 | | | | |
| 14p | Labor Management Report of Boilermakers Union (LM-2) 2008-09 | RD11_JONES_014458 | | | | |
| 14q | Labor Management Report of Boilermakers Union (LM-2) 2007-08 | RD11_JONES_014544 | | | | |
| 14r | Labor Management Report of Boilermakers Union (LM-2) 2005-06 | RD11_JONES_014624 | | | | |
| 14s | Labor Management Report of Boilermakers Union (LM-2) 2004-05 | RD11_JONES_014694 | | | | |
| 14t | Labor Management Report of Boilermakers Union (LM-2) 2003-04 | RD11_JONES_014768 | | | | |
| 14u | Labor Management Report of Boilermakers Union (LM-2) 2002-03 | RD11_JONES_014827 | | | | |
| 14v | Labor Management Report of Boilermakers Union (LM-2) 2001-02 | RD11_JONES_014882 | | | | |
| 14w | Labor Management Report of Boilermakers Union (LM-2) 2000-01 | RD11_JONES_014938 | | | | |
| 14x | Labor Management Report of Boilermakers Union (LM-2) 1999-00 | RD11_JONES_015012 | | | | |
| 15 | Report of Senior Department of Labor Investigator Lauren Stojak | RD11_JONES_015054 | | | | |
| 16 | Bill Creeden Letter on intl expenses 2010 | RD11_JONES_016785 | | | | |
| 17 | Newton Jones Letter on Fiduciary Responsibility (May 2015) | IBB17c_2027697; RD11_JONES_017273 | | | | |
| 18 | Newton Jones Letter on Fiscal Responsibility (April 2015) | IBB17c_1180660; RD11_JONES_018059 | | | | |
| 19 | International Policy on Local Expenditures (January 2015) | IBB0030877; RD11_JONES_018370 | | | | |
| 20 | Boilermakers' Union Expense Report Form | IBB00605; RD11_JONES_018739 | | | | |
| 21 | Bill Creeden on Expense Rules (2016) | IBB17c_1189338; RD11_JONES_019165 | | | | |
| 22 | Newton Jones Fiscal Responsibility Circular (July 2017) | LS0093; RD11_JONES_019532 | | | | |
| 23 | Newton Jones-Bill Creeden Memo Re Expenses (February 2023) | IBB17c_1065995; RD11_JONES_019601 | | | | |
| 24 | Warren Fairley Memo Re Expenses (August 2022) | IBB17c_2486184 RD11_JONES_019621 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 25 | Bill Creeden--Boilermakers Union Process Likely Violates DOJ Regulations (August 2023) | IBB17c_2021984; RD11_JONES_019636 | | | | |
| 26 | Boilermakers Union Policy Handbook for Local Lodges (October 2023) | IBB0031279; RD11_JONES_019637 | | | | |
| 27 | AMEX Records--International Vice President John Fultz | RD11_JONES_019710 | | | | |
| 28 | Officers Report Pre-Convention 2006 | RD11_JONES_019718 | | | | |
| 29 | Officers Report Pre-Convention 2016 | RD11_JONES_019784 | | | | |
| 30 | Proposals for 2016 Convention | RD11_JONES_020012 | | | | |
| 31 | Excerpt from Proceedings of 2016 Convention (Resolutions on Article 4.7) | RD11_JONES_020223 | | | | |
| 32 | Excerpts From 2016 Convention Proceedings (Voting on 4.7 Resolutions) | RD11_JONES_020687 | | | | |
| 33 | Officers Report Pre-Convention 2021 | IBB201831; RD11_JONES_020963 | | | | |
| 33a | 2021 Convention Officers Report | IBB0040678; RD11_JONES_021381 | | | | |
| 34 | 2021 Convention Proceedings | IBB20647; RD11_JONES_021613 | | | | |
| 35 | Lodging Cost of Maui, Hawaii IEC Meeting | IBB17c_0536274; RD11_JONES_021938 | | | | |
| 36 | Lodging Cost of Wailea, Hawaii IEC Meeting | RD11_JONES_023472 | | | | |
| 37 | Cost of Marco Island, Florida CSO Conference Meeting | RD11_JONES_023573 | | | | |
| 38 | Cost of Naples, Florida CSO Conference Meeting | RD11_JONES_023633 | | | | |
| 39 | United States Grand Jury Subpoena (April 2022) | RD11_JONES_023639 | | | | |
| 40 | Blake and Uhlig Legal Memorandum on Expenditures in Boilermakers Union (April 2022) | IBB09146; RD11_JONES_023647 | | | | |
| 41 | Building Plans for New Boilermakers Union Headquarters (August 2023) | IBB17c_2872561; RD11_JONES_023777 | | | | |
| 42 | Whistleblower Letter (March 25, 2023) | IBB07889; RD11_JONES_023872 | | | | |
| 43 | Article 17 Charges Against Newton Jones (April 14, 2023) | IBB08108; RD11_JONES_025880 | | | | |
| 44 | Newton Jones' Appointment of McManamon and Creeden to Alternative Committee (May 3, 2023) | RD11_JONES_025947 | | | | |
| 45 | Temporary Suspension of Newton Jones by IEC (May 12, 2023) | IBB17c_0762248; RD11_JONES_025949 | | | | |
| 46 | Bill Creeden and Lawrence McManamon Announcement of Alternative Committee (May 16, 2023) | RD11_JONES_025951 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 47 | John Fultz Letter (May 30, 2023) | IBB09138;<br>RD11_JONES_025952 | | | | |
| 48 | Article 17 Hearing Transcript (May 30, 2023) and Hearing Exhibit | IBB09076;<br>IBB07888;<br>RD11_JONES_025953 | | | | |
| 49 | Decision of Executive Council Regarding Article 17 Charges Against Newton (June 1, 2023) | RD11_JONES_026234 | | | | |
| 50 | IEC Letter Complaining About Retaliation by Newton Jones (June 12, 2023) | IBB0182858;<br>RD11_JONES_026241 | | | | |
| 51 | Decision of Bill Creeden and Lawrence McManamon (June 14, 2023) | IBB06846;<br>RD11_JONES_026244 | | | | |
| 52 | Tim Simmons Declaration and Exhibits (June 15, 2023) | RD11_JONES_026329 | | | | |
| 53 | Amy Wiser Writing Newton Jones Defense (June 5, 2023) | IBB17c_1989619;<br>RD11_JONES_026528 | | | | |
| 54 | Warren Fairley Opinion on Newton Jones' Ukraine Trips (March 2022) | IBB17c_2443783;<br>RD11_JONES_026534 | | | | |
| 55 | File of Newton Jones' International Assignments of Boilermaker Union Employees | IBB0031904;<br>IBB0031768;<br>IBB0031769;<br>IBB0031820;<br>IBB0031857;<br>IBB0031858;<br>IBB0031864;<br>IBB0031880;<br>IBB0032175;<br>IBB0033036;<br>IBB0033544;<br>IBB0043142;<br>RD11_JONES_026536 | | | | |
| 55a | Sample of Newton Jones' Assignments of Boilermaker Union Employees to Non-European Foreign Trips | IBB0032508;<br>IBB0032425;<br>RD11_JONES_027556 | | | | |
| 56 | Mandiant Invoices and Payment for Forensic Surveillance | IBB0193038;<br>RD11_JONES_027589 | | | | |
| 57 | Draft Mandiant Report of Search of Boilermakers Union Email System | IBB0194113;<br>RD11_JONES_027606 | | | | |
| 58 | Report on Search Terms Used in Mandiant Forensic Surveillance | IBB0195011;<br>RD11_JONES_027665 | | | | |
| 59 | Johnny Baca Report on Use of Mandiant | IBB0194799;<br>RD11_JONES_027671 | | | | |
| 60 | Emails Re Mandiant Search of Boilermakers Union Email System | IBB0195166;<br>RD11_JONES_027676 | | | | |
| 61 | Warren Fairley Email Re Mandiant (August 8, 2023) | IBB 0196486;<br>RD11_JONES_027686 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 62 | Wire of Kateryna Jones Backpay July 1, 2014—April 2015 (April 16, 2015) | IBB09161; IBB0104815; RD11_JONES_027690 | | | | |
| 63 | Wire of Kateryna Jones Backpay July 1, 2014—April 2015 (April 17, 2015) | IBB099680; RD11_JONES_027734 | | | | |
| 64 | Wire of Backpay to Kateryna Jones July 2013-June 2014 (August 26, 2015) | IBB0099691; RD11_JONES_027740 | | | | |
| 65 | Kateryna Jones Personnel File at Boilermakers Union | IBB0111046; RD11_JONES_027754 | | | | |
| 65a | Kateryna Jones Personnel File at Boilermakers Union – Pink | IBB0108246; RD11_JONES_027828 | | | | |
| 66 | Kateryna Jones Acceptance of Another Title February 2023 | IBB17c_0215752; RD11_JONES_027923 | | | | |
| 67a | Sara Baez Processing of Newton and Kateryna Jones Expenses | IBB17c_2858787; RD11_JONES_027924 | | | | |
| 67b | Hailey Rose Scheduling for Newton and Kateryna Jones | IBB17c_0554145; RD11_JONES_027941 | | | | |
| 68 | Cullen Jones Personnel File at Boilermakers Union | IBB0110631; IBB0110822; RD11_JONES_027990 | | | | |
| 69 | Our Films _ International Brotherhood of Boilermakers | RD11_JONES_028405 | | | | |
| 70 | Use of Wide Awake After August 2023 | IBB17c_2749179; RD11_JONES_029501 | | | | |
| 71 | Wide Awake Films--Video Excerpts | IBB17c_0430458; RD11_JONES_029503 | | | | |
| 72 | Wide Awake Film Projects (2017) | IBB17c_2871211; RD11_JONES_029507 | | | | |
| 73 | Wide Awake Films --Delivery of FLAEI Films | IBB17c_0039344; RD11_JONES_029512 | | | | |
| 74 | Newton Jones to Cullen Jones (Dec 25, 2019) | IBB17c_0049944; RD11_JONES_029515 | | | | |
| 75 | Termination of Cullen Jones (August 16, 2023) | IBB17c_2747051; RD11_JONES_029518 | | | | |
| 76 | Shae Jones Personnel File at Boilermakers Union | IBB0112077; IBB0112042; IBB0111989; RD11_JONES_029520 | | | | |
| 77 | Derek Zurowski Personnel File at Boilermakers Union | IBB0112349; IBB0112383; IBB0108986; RD11_JONES_029690 | | | | |
| 78 | Newton Jones' Explanation of Kate Jones Job Duties (June 2023) | IBB17c_0764023; RD11_JONES_030005 | | | | |
| 79 | Newton Jones Announcement of Reduction in pay (May 2020) | IBB0112366; RD11_JONES_030006 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 80 | Newton Jones Letters Raising Shae Jones salary | IBB0112105; RD11_JONES_030011 | | | | |
| 81 | Newton Jones Letters Raising Derek Zurowski's Salary | IBB0112381; RD11_JONES_030016 | | | | |
| 82 | Email from Tyler Brown re Shae Jones and Derek Zurowski salaries (March 2021) | IBB0112090; RD11_JONES_030021 | | | | |
| 83 | Email from Tyler Brown re Derek Zurowski salary increase (September 2021) | IBB0112357; RD11_JONES_030022 | | | | |
| 84 | Graphic Designers (BLS) | RD11_JONES_030024 | | | | |
| 85 | Computer User Support Specialists (BLS) | RD11_JONES_030031 | | | | |
| 86 | Boilermakers Union Relocation Policy | IBB06736; RD11_JONES_030038 | | | | |
| 87 | Cullen Jones Relocation Orders | IBB0110800; RD11_JONES_030064 | | | | |
| 88 | Shae Jones-Derek Zurowski Relocation Orders | RD11_JONES_030065 | | | | |
| 89 | Boilermakers Union Employees Health Care Plan | RD11_JONES_030074 | | | | |
| 90 | Cullen Jones reenrollment November 2021 | RD11_JONES_030134 | | | | |
| 91 | Boilermakers Union Health Care Plan Participation summary | IBBEHCP0000001; RD11_JONES_030139 | | | | |
| 92a | Brian Daly Registration in Boilermakers Union Benefit Programs | IBB0198378; RD11_JONES_030141 | | | | |
| 92b | Kathy Stapp email re Daly family coverage (June 4, 2018) | WMC005108; RD11_JONES_030267 | | | | |
| 93 | Letter re Boilermakers Union EHCP (Brian Daly) (July 5, 2024) | RD11_JONES_030268 | | | | |
| 94 | Enrollment Summary for Boilermakers Union Health Care Plan | IBBEHCP0000002; RD11_JONES_030270 | | | | |
| 95 | Brian Daly-Employment Forms & Insurance Letter O&E Letter (April 20, 2018) | IBB17c_1257218; RD11_JONES_030272 | | | | |
| 96 | Email re Brian Daly enrollment from Bill Creeden | WMC005466; RD11_JONES_030273 | | | | |
| 97 | Brian Daly personnel file from Boilermakers Union | IBB0198457; RD11_JONES_030278 | | | | |
| 98 | Email re Daly continuation from Bill Creeden | WMC004784; RD11_JONES_030404 | | | | |
| 99 | Sample of Monthly AMEX Bill (March-April 2022) | AMEX002164; RD11_JONES_030406 | | | | |
| 100 | Sample Expensify Report Aug-Sept 2019 | IBB05769; RD11_JONES_000210 | | | | |
| 101 | Sample Newton Jones Personal Charges | RD11_JONES_000234 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 102 | Examples of Chapel Hill Restaurant Receipts | IBB17c_0725478; IBB17c_0729351; IBB17c_0720268; IBB08074; IBB0077967; RD11_JONES_000237 | | | | |
| 103 | Email from Bathory to Newton Jones Re Receipts for AMEX (Nov 2021) | IBB17c_2860872; RD11_JONES_000326 | | | | |
| 104 | Newton Jones Loews International Room Service (June 2023) | IBB17c_0256462; RD11_JONES_000329 | | | | |
| 105 | Orders for Alcohol for Newton Jones on Master Accounts | IBB0108651; RD11_JONES_000339 | | | | |
| 106 | Newton Jones Charges for Alcohol on Master Account | IBB17c_1495278; RD11_JONES_000347 | | | | |
| 107 | Newton Jones Orders for Prosecco and Cabernet | IBB17c_0723049; RD11_JONES_000411 | | | | |
| 108 | Minutes of IEC Meeting in Paris, France (June 2009) | IBB09143; RD11_JONES_000427 | | | | |
| 109 | Signed Statement of Work for Mandiant (April 18, 2023) | IBB0193042; RD11_JONES_000430 | | | | |
| 110a | Newton Jones-Kateryna Jones Marriage License (August 2011) | IBB17c_00839361; RD11_JONES_000436 | | | | |
| 110b | Award of VISA for Kateryna Jones (January 2015) | IBB17c_0391968; RD11_JONES_000446 | | | | |
| 111 | Boilermakers Union Policy on Foreign Assignments | IBB06745; RD11_JONES_000448 | | | | |
| 112 | TripIt Records | RD11_JONES_000451 | | | | |
| 113 | Phee Jungsun Expenses as Guest of Boilermakers Union | IBB17c_0812962; RD11_JONES_002533 | | | | |
| 114 | Manuel Cortes Expenses as Guest of Boilermakers Union | IBB17c_1035858; IBB17c_1012220; IBB17c_1012046; RD11_JONES_002553 | | | | |
| 115 | James O'Leary $22K Expenses (June 2019) | RD11_JONES_002580 | | | | |
| 116 | Strategic Partnership Agreement with TSSA (Feb 2020) | IBB17c_2875374; RD11_JONES_002602 | | | | |
| 117a | Bill Creeden Invitation to Host Italian Visitors | IBB17c_1243571; RD11_JONES_002616 | | | | |
| 117b | Gifts of Shinola Watches for Italian Hosts | IBB17c_1708653; RD11_JONES_002617 | | | | |
| 117c | Hosting Italian Visitors (2013) | IBB17c_1095111; RD11_JONES_002623 | | | | |
| 118 | Amy Wiser Write Up for Amalfi Trip (April 2022) | IBB17c_1762052; RD11_JONES_002626 | | | | |
| 119 | Cash Reimbursement for Tips to Newton Jones (2017-2019) | RD11_JONES_002628 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 120 | TripIt Record for McCall trip (Italy 2014) | RD11_JONES_008630 | | | | |
| 120a | TripIt McCall Trip (Italy 2018) | RD11_JONES_008638 | | | | |
| 121 | Boilermakers Union Conflict of Interest Policy | IBB0194126; RD11_JONES_008644 | | | | |
| 122 | Boilermakers Union Premium Travel Policy | IBB06743; RD11_JONES_008647 | | | | |
| 123 | Boilermakers Union Policy on Spouse travel | IBB0031415; RD1_JONES_008648 | | | | |
| 124 | Lawrence McManamon $11K airfare to Munich | IBB17c_2695652; RD11_JONES_008651 | | | | |
| 125 | Minutes of IEC Meeting in Copenhagen, Denmark (June 2012) | IBB17c_2869854; RD11_JONES_008658 | | | | |
| 126 | AMEX Newton and Kateryna Jones International Expenses (without airfare) | RD11_JONES_008673 | | | | |
| 127 | Newton Jones' Explanation Regarding International Travel (June 2023) | IBB17c_0764019; RD11_JONES_008743 | | | | |
| 128 | Boilermakers Union Vacation Policy 2012 | IBB06816; RD11_JONES_008746 | | | | |
| 129 | Boilermakers Union Vacation Policy Dec 2012 Max 2 weeks | IBB17c_2052444; RD11_JONES_008749 | | | | |
| 130 | Boilermakers Union Vacation Policy extension 2014 | IBB17c_1118635; RD11_JONES_008750 | | | | |
| 131 | IEC Meeting Minutes Re Vacation Policy (February 26, 2015) | IBB0028677; RD11_JONES_008754 | | | | |
| 132 | Yearly Vacation Accruals 2016 | IBB00612; RD11_JONES_008761 | | | | |
| 133 | Boilermakers Union Vacation Policy 2015 | IBB00325; RD11_JONES_008772 | | | | |
| 134 | Newton Email on Vacation Policy to Tyler Brown (August 2016) | RD11_JONES_008775 | | | | |
| 135 | Cullen Jones Cash Payouts for Vacation | IBB0198824; RD11_JONES_008777 | | | | |
| 136 | Newton Jones Cash Payouts for Vacation Requests | IBB0108409; IBB01112231; RD11_JONES_008787 | | | | |
| 137 | Newton Jones ADP Statements and Vacation Backups | IBB00638; RD11_JONES_008810 | | | | |
| 138 | Kateryna Jones ADP Statements and Vacation Backups | IBB00623; RD11_JONES_008833 | | | | |
| 139 | Kateryna Jones Cash Payouts for Vacation | IBB0199385; RD11_JONES_008848 | | | | |
| 140 | Intentionally Left Blank | | | | | |
| 141 | August 2023 Cash Payouts for Vacation | IBB0108246; RD11_JONES_013120 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 142 | Warren Fairley Requests for Cash Payouts for Vacation | IBB0192024; IBB17c_2239710; RD11_JONES_013215 | | | | |
| 143 | Kathy Stapp Affidavit in United States District Court Litigation | RD11_JONES_013218 | | | | |
| 144 | Bill Creeden Vacation—Iceland June 2023 | IBB17c_2001562; IBB17c_1865915; IBB17c_2004610; RD11_JONES_013219 | | | | |
| 145 | Bill Creeden Vacation—Bahamas March 2022 | IBB17c_1910449; RD11_JONES_013226 | | | | |
| 146 | Bill Creeden Vacation--Boar Hunting in Italy | IBB17c_1246683; RD11_JONES_013238 | | | | |
| 146a | Creeden—Alaska | IBB17c_1091614; RD11_JONES_013243 | | | | |
| 147 | Bill Creeden Vacation—Argentina | IBB1lc_1609185; RD11_JONES_013246 | | | | |
| 148 | Bill Creeden Vacation—Rome | IBB17c_1657536; RD11_JONES_013247 | | | | |
| 149 | Bill Creeden--Credit Card Expenses | RD11_JONES_013252 | | | | |
| 150 | Bill Creeden Submitted Expenses and Receipts | RD11_JONES_015082 | | | | |
| 151 | Bill Creeden Vacation Bucket List 2023 | IBB17c_1843432; RD11_JONES_016633 | | | | |
| 152 | Bill Creeden--Request for Cash Payout of 74 Weeks of Vacation | IBB17c_2011327; RD11_JONES_016634 | | | | |
| 153 | Newton Jones Capping Cash Payouts of Vacation Time 2012 | IBB17c_2750962; RD11_JONES_016635 | | | | |
| 154 | Newton Jones Vacation Email Dec 2012 | IBB17c_2750962; RD11_JONES_016636 | | | | |
| 155 | Bill Creeden Vacation Freeze Email (2015) | IBB17c_1179341; RD11_JONES_016637 | | | | |
| 156 | Bill Creeden Vacation Freeze Email (2020) | IBB17c_1354677; RD11_JONES_016639 | | | | |
| 157 | Sample of Newton and Kateryna Jones Vacations | RD11_JONES_016640 | | | | |
| 158 | Fairley and McManamon--Department of Labor Vacation Plan Findings | IBB17c_2099049; RD11_JONES_016735 | | | | |
| 159 | Bill Creeden--How we like to Travel | IBB17c_1256283; RD11_JONES_016784 | | | | |
| 160 | Kathy Stapp Instructions to Goodwin re August 23 Cash Payouts for Vacations | RD11_JONES_016786 | | | | |
| 161 | Private Jet Proposal (Sept 20, 2022) | IBB17c_1050344; RD11_JONES_017097 | | | | |
| 162 | Bill Creeden Approval of Private Jet Package (Sept 21, 2022) | IBB17c_1840709; RD11_JONES_017123 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 163 | Magellan Jet, LLC Jet Card Ownership Agreement, (Sept. 22, 2022) | IBB17c_1050663; RD11_JONES_017126 | | | | |
| 164 | $6,800 trip for Shae on Private Jet (June 2017) | IBB17c_0513283; RD11_JONES_017145 | | | | |
| 165 | Private Jet Travel to Pheasant Hunt (Oct 2018) | RD11_JONES_017147 | | | | |
| 166 | Private Jet Use to Take Officers to Florida Meeting (March 2021) | IBB17c_0650922; RD11_JONES_017171 | | | | |
| 167 | Purchase of Lucid Air Luxury Car--Newton Jones | BOL0065601; RD11_JONES_017181 | | | | |
| 168 | Boilermakers Union Historic Automobile Policies | IBB06730; RD11_JONES_017251 | | | | |
| 169 | Boilermakers Union Automobile Policies 2017, 2022 | IBB17c_1563306; IBB06730; RD11_JONES_017269 | | | | |
| 170 | February 21 2022, Minutes of IEC Meeting and Approval of Minutes | IBB17c_2871651; IBB17c_2871703; RD11_JONES_017274 | | | | |
| 171 | FDIC Report of Examination of Bank of Labor (2023) | FDIC-BOL-ROE-0000084; RD11_JONES_017312 | | | | |
| 172a | formaunion.com – Ukrainian | RD11_JONES_017344 | | | | |
| 172b | formaunion.com – Russian | RD11_JONES_017349 | | | | |
| 172c | Form a union website Translation (May 2017) | IBB17c_0089403; RD11_JONES_017354 | | | | |
| 173 | Translation of Film Project (January 17, 2018) | IBB17c_0092199; RD11_JONES_017370 | | | | |
| 174 | Kate Jones Resignation (January 18, 2018) | IBB17c_0092202; RD11_JONES_017373 | | | | |
| 175 | Newton Jones - Kate Jones Works at Her Own Pace (January 18, 2018) | IBB17c_0522569; RD11_JONES_017377 | | | | |
| 176 | Kateryna Jones--Lost Computer in Italy (January 22, 2018) | IBB17c_0092252; RD11_JONES_017378 | | | | |
| 177 | Translation--The Importance of Unions to Workers | IBB17c_0092331; RD11_JONES_017379 | | | | |
| 178 | Bill Creeden combined payroll from Bank of Labor | BL00000772; RD11_JONES_017385 | | | | |
| 179 | Newton Jones combined payroll from Bank of Labor | BL00001111; RD11_JONES_017724 | | | | |
| 180 | Bank of Labor Board of Directors Minutes 2021-2022 | FDIC-BOL-EXW-0001770; RD11_JONES_018060 | | | | |
| 181 | Newton Jones--Bank of Labor Change of Control Agreement | FDIC-BOL-EXW-0002471; RD11_JONES_018333 | | | | |

11

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 182 | Bill Creeden--Bank of Labor Change of Control Agreement | FDIC-BOL-EXW-0002463; RD11_JONES_018341 | | | | |
| 183 | Bank of Labor Compensation Committee Agenda December 2022 | BL00001530; RD11_JONES_018349 | | | | |
| 184 | Bank of Labor Board Approval of Change of Control Agreement | BL00001521; RD11_JONES_018350 | | | | |
| 185 | Resolution--CEO Bank of Labor | IBB17c_2570415; RD11_JONES_018351 | | | | |
| 186 | 2020 Bank of Labor Vacation Payout to Newton Jones and Bill Creeden | RD11_JONES_018354 | | | | |
| 187 | Denial of Newton Jones' Final Bank of Labor Cash Payout for Vacation | BOL0000241; RD11_JONES_018355 | | | | |
| 188 | Newton Jones combined Salary Reduction Agreements from Bank of Labor | BL00000510; RD11_JONES_018359 | | | | |
| 189 | Newton Jones signed distribution form from Bank of Labor | BL00001488; RD11_JONES_018366 | | | | |
| 190 | Bank of Labor email response to Bill Creeden with spreadsheet 2020-21 expenses | BL00002118; RD11_JONES_018372 | | | | |
| 191a | LM 30 Jones 2015 | RD11_JONES_018375 | | | | |
| 191b | LM 30 Jones 2016 | RD11_JONES_018377 | | | | |
| 191c | LM 30 Jones 2017 | RD11_JONES_018379 | | | | |
| 191d | LM 30 Jones 2018 | RD11_JONES_018381 | | | | |
| 191e | LM 30 Jones 2020 | RD11_JONES_018383 | | | | |
| 192a | LM 30 Creeden 2013 | RD11_JONES_018385 | | | | |
| 192b | LM 30 Creeden 2014 | RD11_JONES_018387 | | | | |
| 192c | LM 30 Creeden 2015 | RD11_JONES_018389 | | | | |
| 192d | LM 30 Creeden 2016 | RD11_JONES_018391 | | | | |
| 192e | LM 30 Creeden 2017 | RD11_JONES_018393 | | | | |
| 192f | LM 30 Creeden 2018 | RD11_JONES_018395 | | | | |
| 192g | LM 30 Creeden 2019 | RD11_JONES_018397 | | | | |
| 192h | LM 30 Creeden 2020 | RD11_JONES_018399 | | | | |
| 192i | LM 30 Creeden 2021 | RD11_JONES_018401 | | | | |
| 193 | Newton Jones Bank of Labor Sample Paystub | BL00001274; RD11_JONES_018403 | | | | |
| 193a | Newton Jones Bank of Labor Retirement Plan 2020 | BL00001456; RD11_JONES_018405 | | | | |
| 194a | Bill Creeden email from Bank of Labor re life insurance (July 10, 2020) | BL00002024; RD11_JONES_018406 | | | | |
| 194b | Bank of Labor Supplemental Life Insurance Policies (Sept 2020) | BL00001570; RD11_JONES_018408 | | | | |
| 194c | Executive Life Insurance summary from Bank of Labor | BL00000364; RD11_JONES_018409 | | | | |
| 194d | Bank of Labor Supplement Life Insurance Enrollment | BL00000380; RD11_JONES_018410 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 194e | Newton Jones email to Bank of Labor re retirement withdrawal (July 22, 2020) | BL00001564; RD11_JONES_018420 | | | | |
| 194f | Newton Jones and Bill Creeden email from Bank of Labor re execution of supplementary life insurance (September 3, 2020) | BL00001567; RD11_JONES_018422 | | | | |
| 194g | Creeden email to Bank of Labor with request for breakdown of salary and benefit information (October 27, 2021) | BL00002118; RD11_JONES_018423 | | | | |
| 194h | Creeden email from Bank of Labor requesting to execute deferral agreement for retirement plan (January 5, 2021) | BL00002126; RD11_JONES_018426 | | | | |
| 195 | Bank of Labor Retirement Plan combined Adoption Agreements | BL00000001; RD11_JONES_018427 | | | | |
| 196 | Bank of Labor Retirement Plan combined Summary Plan Descriptions | BL00000341; RD11_JONES_018583 | | | | |
| 197 | Email confirmation of Bill Creeden distribution (February 7, 2022) | BL00001461; RD11_JONES_018713 | | | | |
| 198 | Newton Jones combined retirement plan account statements from Bank of Labor | BL00001449; RD11_JONES_018716 | | | | |
| 199a | Bill Creeden Bank of Labor Retirement Plan 2020 | BL00001444; RD11_JONES_018726 | | | | |
| 199b | Bill Creeden Bank of Labor Sample Paystub | BL00000937; RD11_JONES_018727 | | | | |
| 199c | Bill Creeden combined retirement plan account statements from Bank of Labor | BL00001438; RD11_JONES_018729 | | | | |
| 200 | Newton Jones signed distribution form from Bank of Labor | BL00001488; RD11_JONES_018746 | | | | |
| 200a | Bill Creeden signed distribution form from Bank of Labor | BL00001466; RD11_JONES_018750 | | | | |
| 201 | Combined Pension Plan Trust Documents from Boilermaker-Blacksmith National Pension Trust | RD11_JONES_018754 | | | | |
| 202 | MORE Proposal March 2018 | IBB0107224; RD11_JONES_019040 | | | | |
| 203 | Minutes of the IEC December 2017 | IBB00396; RD11_JONES_019051 | | | | |
| 204 | MORE Fund Brochure | IBB17c_0711547l RD11_JONES_019107 | | | | |
| 204a | MORE workflow | IBB17c_2325918; RD11_JONES_019127 | | | | |
| 205 | $5M Loan MORE Fund to Bank of Labor (Sept 2021) | IBB0107271; RD11_JONES_019128 | | | | |
| 206 | Bank of Labor loan of add. $2M (Nov 2022) | IBB0107262; RD11_JONES_019149 | | | | |
| 207 | Example of MORE Application SE | IBB0156126; RD11_JONES_019158 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 208 | Bank of Labor Management Conflict of Interest Policy | FDIC-BOL-EXW-0002456; RD11_JONES_019160 | | | | |
| 209 | Opening MORE Account at Bank of Labor | IBB0107314; RD11_JONES_019161 | | | | |
| 210 | Use of MORE Fund as collateral for Local 83 loan | IBB0107428; RD11_JONES_019167 | | | | |
| 211 | Intentionally Left Blank | | | | | |
| 212 | Bill Creeden Appointment to Boilermakers Union Board of Trustees Jan 2006 | IBB0110612; RD11_JONES_019168 | | | | |
| 213 | Newton Jones Application and Correspondence from National Boilermaker-Blacksmith Pension Trust | RD11_JONES_019169 | | | | |
| 214 | Bill Creeden - Pension Payment Detail from National Boilermaker-Blacksmith Pension Trust | RD11_JONES_019262 | | | | |
| 215 | Bill Creeden - Pension Statements from National Boilermaker-Blacksmith Pension Trust | RD11_JONES_019345 | | | | |
| 216 | Newton Jones Pension Statements from National Boilermaker-Blacksmith Pension Trust | RD11_JONES_019426 | | | | |
| 217 | Jones Lets Cullen Choose Germany Trip | IBB17c_0062803; RD11_JONES_019523 | | | | |
| 218 | Newton Jones--Costs of Private Jet | IBB17c_1090575 RD11_JONES_019524 | | | | |
| 219 | Warren Fairley-Newton Jones Re Ray Ventrone Verdict | IBB17c_0524553; RD11_JONES_019526 | | | | |
| 220 | Brian Opland Article | RD11_JONES_019549 | | | | |
| 221 | Anti-Jones Flyers (2012) | IBB17c_1086753; RD11_JONES_019553 | | | | |
| 222 | Emergency Trusteeship on Local 104 | RD11_JONES_019557 | | | | |
| 223 | Producers and Directors _ U.S. Bureau of Labor Statistics | RD11_JONES_019559 | | | | |
| 224 | Tyler Brown Plea Agreement | RD11_JONES_019563 | | | | |
| 225 | Tyler Brown Plea Docs | RD11_JONES_019576 | | | | |
| 226 | Kathy Stapp Plea Agreement | RD11_JONES_019580 | | | | |
| 227 | Kathy Stapp Plea Docs | RD11_JONES_019594 | | | | |
| 228 | Warren Fairley--Cash Payout for Vacation (August 2018) | IBB17c_2239710; RD11_JONES_019598 | | | | |
| 229 | Relocation to New Chapel Hill Office | IBB0111623; RD11_JONES_019599 | | | | |
| 230 | Hailey Rose--Maximum vacation request | IBB0191688; RD11_JONES_019620 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 231 | Newton Jones' Explanation of Dual Roles Kate Jones resignation 2018 | IBB17c_0363239; RD11_JONES_019603 | | | | |
| 232 | Newton Jones Skipping Meetings on International Trips | RD11_JONES_019607 | | | | |
| 233 | Email from N. Jones re living in Ukraine, July 2017 | IBB17c_0507959 RD11_JONES_019610 | | | | |
| 234 | Email from N. Jones re Bruno Magli Shopping | IBB17c_0280448 RD11_JONES_019611 | | | | |
| 235 | Email from N. Jones re Grammar book | IBB17c_0287966 RD11_JONES_019612 | | | | |
| 236 | Email from N. Jones re 2011 meeting in Paris | IBB17c_0293139 RD11_JONES_019613 | | | | |
| 237 | Email from N. Jones re Geneva purchase | IBB17c_0366483 RD11_JONES_019618 | | | | |
| 238 | Email from N. Jones re Kateryna personal email address | IBB17c_0287972 RD11_JONES_019619 | | | | |
| 239 | Email from N. Jones re Kateryna Boilermaker email address | IBB17c_0323639 RD11_JONES_019620 | | | | |
| 240 | Email from Albertson to McManamon re news bulletin (Feb. 2013) | IBB17c_1103822; RD11_JONES_019624 | | | | |
| 240a | Email from McManamon to Albertson re new bulletin (Feb. 2013) | IBB17c_0136259; RD11_JONES_019629 | | | | |
| 241 | Email from McManamon to Fairley re high rollers (March 2016) | IBB17c_2129516; RD11_JONES_019630 | | | | |
| 242 | Email from Creeden bcc McManamon re FLAEI congress itinerary (March 2022) | IBB17c_1694100; RD11_JONES_019631 | | | | |
| 243 | Email from Rose to McManamon re FLAEI congress itinerary (March 2022) | IBB17c_0136259; RD11_JONES_019632 | | | | |
| 244 | Email from Legacy re Internation Flights paid for by Union (Aug. 2023) | IBB17c_2021156; RD11_JONES_019633 | | | | |
| 245 | Legacy Spreadsheet Summary of International Travel (Aug. 2023) | IBB17c_2021157; RD11_JONES_019634 | | | | |
| 246 | Email from McManamon re KC Star (Feb. 2013) | IBB17c_1104081; RD11_JONES_019635 | | | | |
| 247 | Emails from Kate Jones in Ukraine to Hailey Rose | IBB17c_0850672; IBB17c_0854484; IBB17c_0083269 | | | | |
| 248 | Email to Jones Re spending on dissidents (Feb. 2013) | IBB17c_0307872 | | | | |
| 249 | McManamon Forwarding Draft of Article 17 decision to Newton Jones | IBB17c_2896679 | | | | |
| 250 | Email from N.Jones Refusing Fultz on Access to IBB Attorneys | IBB17c_2896767 | | | | |
| 251 | Email from K.Stapp Providing Relocation Policy to McClitis | IBB17c_2896938 | | | | |

15

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 252 | Email from K. Stapp Providing Relocation Expenses to Elbaor and McClitis | IBB17c_2896955 | | | | |
| 253 | Email from McClitis to K.Stapp with Vacation Policy (2015) in March 2023 | IBB17c_2896920 | | | | |
| 254 | Email from K.Stapp confirming Receipt of B&U memo in Sept 2022 | IBB17c_2896829 | | | | |
| 255 | Emails from Creeden No Knowledge of B&U Memo Until April 2023 | IBB17c_2896663; IBB17c_2896718; IBB17c_2896691 | | | | |
| 256 | Private Jet Use July 2022 | IBB17c_2896800 | | | | |
| 257 | Email from N.Jones re Approval of Madrid 2014 | IBB17c_2896743 | | | | |
| 258 | Warren Fairley Plea Agreement | | | | | |
| 259 | Warren Fairley Plea Docs | | | | | |
| 260 | Declaration of Lawrence McManamon | IBB17c_2729860 | | | | |
| 261 | Article 17 Hearing Letters against IVPs | IBB0108649 RD11_JONES_028709 | | | | |
| 262 | Email from N.Jones re Working All Waking Hours | IBB17c_1358836 | | | | |
| 263 | Email from Creeden to K.Stapp re IEC has been negligent | IBB17c_1997760 | | | | |
| | 264 to 300 Intentionally Left Blank | | | | | |
| 300 | Sample International Costs—Airfare | RD11_JONES_020223 | | | | |
| 301 | Sample International Costs-Hotels | RD11_JONES_020092 | | | | |
| 302 | Count Two UAE, Belgium, Netherlands Sept 2019 | RD11_JONES_020124 | | | | |
| 303 | Count Three Stuttgart, Germany Sept 2019 | RD11_JONES_020142 | | | | |
| 304 | Count Four Dusseldorf, Germany Oct 2019 | RD11_JONES_020157 | | | | |
| 305 | Count Five Marseille, Steinbach Nov 2019 | RD11_JONES_020172 | | | | |
| 306 | Count Six Ukraine, Italy Nov 2019 | RD11_JONES_020178 | | | | |
| 307 | Count Seven Geneva Switzerland Nov 2019 | RD11_JONES_020192 | | | | |
| 308 | Count Eight Geneva Switzerland Nov 2019 | RD11_JONES_020213 | | | | |
| 309 | Count Nine Geneva Switzerland Nov 2019 | RD11_JONES_020217 | | | | |
| 310 | Count Ten Madrid, Spain Dec 2019 | RD11_JONES_020230 | | | | |
| 311 | Count Eleven London, England Jan-Feb 2020 | RD11_JONES_020600 | | | | |
| 312 | Count Twelve New Zealand Feb 2020 | RD11_JONES_020621 | | | | |
| 313 | Count Thirteen Italy to Marco Island Feb-Mar 2020 | RD11_JONES_020624 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 314 | Count Fourteen Italy Aug 2021 | RD11_JONES_020627 | | | | |
| 315 | Count Fifteen Bremen, Germany Oct 2021 | RD11_JONES_020630 | | | | |
| 316 | Count Sixteen London, Scotland, Amsterdam Oct-Nov 2021 | RD11_JONES_020637 | | | | |
| 317 | Intentionally Left Blank | | | | | |
| 318 | Count Eighteen Geneva Switzerland Mar-Apr 2022 | RD11_JONES_020663 | | | | |
| 319 | Count Nineteen Amalfi Coast Apr 2022 | RD11_JONES_020671 | | | | |
| 320 | Count Twenty Amalfi Coast Apr-May 2022 | RD11_JONES_020689 | | | | |
| 321 | Count Twenty-One York, Sheffield, England May 2022 | RD11_JONES_020782 | | | | |
| 322 | Count Twenty-Two Bilbao Spain June 2022 | RD11_JONES_020928 | | | | |
| 323 | Count Twenty-Three Netherlands Switzerland June 2022 | RD11_JONES_020935 | | | | |
| 324 | Count Twenty-Four London to North Carolina July 2022 | AMEX002216; RD11_JONES_020946 | | | | |
| 325 | Intentionally Left Blank | | | | | |
| 326 | Intentionally Left Blank | | | | | |
| 327 | Count Twenty-Seven Bremen, Germany Oct 2022 | RD11_JONES_020948 | | | | |
| 328 | Count Twenty-Eight Berlin Germany Jan 2023 | RD11_JONES_020957 | | | | |
| 329 | Intentionally Left Blank | | | | | |
| 330 | Count Thirty Norway, Belgium, France June 2023 | RD11_JONES_021241 | | | | |
| 331 | Count Thirty-One Cape Town, South Africa June 2023 | RD11_JONES_030442 | | | | |
| 332 | Intentionally Left Blank | | | | | |
| 333 | Count Thirty-Three Steinbach, Germany Oct 2023 | RD11_JONES_021255 | | | | |
| 334 | Sardinia 2012 | RD11_JONES_030450 | | | | |
| 335 | Europe 2013, 2014 | RD11_JONES_021266 | | | | |
| 336 | Thailand November 2013 | RD11_JONES_021289 | | | | |
| 337 | Madrid April 2014 | RD11_JONES_021310 | | | | |
| 338 | Italy-Spain May-June 2014 | RD11_JONES_021335 | | | | |
| 339 | Lima Sept-Oct 2014 | RD11_JONES_021355 | | | | |
| 340 | Paris November 2014 | RD11_JONES_021797 | | | | |
| 341 | Italy September 2015 | RD11_JONES_030452 | | | | |
| 342 | Western Australia October-November 2016 | RD11_JONES_030461 | | | | |
| 343 | Sardinia May 2017 | RD11_JONES_030550 | | | | |
| 344 | Italy January 2018 | RD11_JONES_021804 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 345 | Italy May-June 2018 | RD11_JONES_030588 | | | | |
| 346 | Venice September 2018 | RD11_JONES_030670 | | | | |
| 347 | Italy June 2019 | RD11_JONES_030690 | | | | |
| 348 | Trips for Irish Welders and Holcim Cement | RD11_JONES_021840 | | | | |
| 349 | Sample of Vacations for Newton and Kateryna Jones | RD11_JONES_021865 | | | | |
| 350 | Side Trips Paid by Boilermakers Union | RD11_JONES_021953 | | | | |
| 351 | Intentionally Left Blank | | | | | |
| 352a | 2019 Pension & Annuity plan contribution spreadsheet from IBB | RD11_JONES_022108 | | | | |
| 352b | 2020 Pension & Annuity plan contribution spreadsheet from IBB | RD11_JONES_022109 | | | | |
| 352c | 2021 Pension & Annuity plan contribution spreadsheet from IBB | RD11_JONES_022110 | | | | |
| 352d | 2022 Pension & Annuity plan contribution spreadsheet from IBB | RD11_JONES_022111 | | | | |
| 352e | 2023 Pension & Annuity plan contribution spreadsheet from IBB | RD11_JONES_022112 | | | | |
| 353 | O&E plan contribution records - Kateryna Jones | OEP0001428; RD11_JONES_022113 | | | | |
| 354 | O&E plan contribution records - Cullen Jones | OEP0001586; RD11_JONES_022122 | | | | |
| 355 | Ameritas Life Insurance premium billing and payment records from IBB | IBB0201037; RD11_JONES_022132 | | | | |
| 356 | ARAG legal premium billing and payment records from IBB | IBB0203140; RD11_JONES_022564 | | | | |
| 357 | AXA equitable premium billing and payment records from IBB | IBB0203858; RD11_JONES_023232 | | | | |
| | 358 to 399 Intentionally Left Blank | | | | | |
| 400 | Compilation of Salary and Expense Payments | RD11_JONES_023662 | | | | |
| 401 | Newton B. Jones (salary and benefits) | RD11_JONES_023669 | | | | |
| 402 | William Creeden (salary and benefits) | RD11_JONES_023680 | | | | |
| 403 | Kateryna Jones (salary and benefits) | RD11_JONES_023693 | | | | |
| 403a | Kateryna Jones Gross wages and benefit contributions (2019-2023) | RD11_JONES_023705 | | | | |
| 404 | Cullen Jones (salary and benefits) | RD11_JONES_023717 | | | | |
| 404a | Cullen Jones Gross wages and benefit contributions | RD11_JONES_023726 | | | | |
| 405 | Warren Fairley (salary and benefits) | RD11_JONES_023735 | | | | |
| 406 | Lawrence McManamon (salary and benefits) | RD11_JONES_023747 | | | | |
| 407 | Shae Jones (salary and benefits) | RD11_JONES_023760 | | | | |
| 408 | Derek Zurowski (salary and benefits) | RD11_JONES_023768 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 409 | Summary of Pay Raises - Shae Jones and Derek Zurowski | RD11_JONES_023776 | | | | |
| 410 | Cash Payouts of Vacation Time - Newton Jones | RD11_JONES_023789 | | | | |
| 411 | Cash Payouts of Vacation Time - William Creeden | RD11_JONES_023790 | | | | |
| 412 | Cash Payouts of Vacation Time - Kate Jones | RD11_JONES_023791 | | | | |
| 413 | Cash Payouts of Vacation Time - Warren Fairley | RD11_JONES_023792 | | | | |
| 414 | Cash Payouts of Vacation Time - Lawrence McManamon | RD11_JONES_023793 | | | | |
| 415 | Cash Payouts of Vacation Time - Cullen Jones | RD11_JONES_023794 | | | | |
| 416 | Comprehensive List of All International Trips (2009-2023) | RD11_JONES_023795 | | | | |
| 417 | Newton and Kateryna Jones International Travel Expenses | RD11_JONES_023809 | | | | |
| 418 | List of Tyler Brown International Trips | RD11_JONES_023864 | | | | |
| 419 | List of Amy (Wiser) Martin International Trips | RD11_JONES_023870 | | | | |
| 420 | List of International Trips for Warren Fairley | RD11_JONES_023873 | | | | |
| 421 | List of International Trips for Lawrence McManamon | RD11_JONES_023877 | | | | |
| 422 | List of International Trips for Irish Welders and Holcim Cement | RD11_JONES_023884 | | | | |
| 423 | Newton and Kate Jones Meals in Chapel Hill area (2013-2023) | RD11_JONES_023886 | | | | |
| 423a | Newton and Kateryna Jones Restaurant Chapel Hill area 2013-2023 | RD11_JONES_023941 | | | | |
| 424 | Master AMEX Charges and Credits (Scan Written) | RD11_JONES_023966 | | | | |
| 425 | Newton Jones Debits and Credits | RD11_JONES_025180 | | | | |
| 426 | Kateryna Jones Debits and Credits | RD11_JONES_025740 | | | | |
| 427 | Total Relocation Expenses Per IBB General Ledger | RD11_JONES_025846 | | | | |
| 428 | Cullen Jones Relocation Expenses Per IBB General Ledger (2013-2023) | RD11_JONES_025869 | | | | |
| 428a | Cullen Jones--Film School Relocation Expenses Per IBB General Ledger | RD11_JONES_025871 | | | | |
| 429 | Derek and Shae Relocation Expenses | RD11_JONES_025872 | | | | |
| 430 | Eligibility Summary – Boilermakers Union and Bank of Labor Plans | RD11_JONES_025881 | | | | |
| 431 | Compilation of Benefit Contributions FY2017-2020 | RD11_JONES_025887 | | | | |

| NO. | DESCRIPTION | Bates # | I.D. | Off. | Adm. | Witness |
|---|---|---|---|---|---|---|
| 432 | Enrollment Summary from Wilson McShane | RD11_JONES_025888 | | | | |
| 433 | Bank of Labor Wages and Benefits Summary--Jones and Creeden | RD11_JONES_025890 | | | | |
| 434 | Distributions from Bank of Labor Retirement Plan to Jones and Creeden | RD11_JONES_025892 | | | | |
| 435 | Distributions from National Pension Trust to Jones and Creeden | RD11_JONES_025893 | | | | |
| 436 | Special Assistants for Newton Jones | RD11_JONES_025895 | | | | |
| 437 | Newton and Kateryna Jones International Travel Expenses (AMEX) | RD11_JONES_025896 | | | | |

Respectfully Submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

By:  */s/Faiza H. Alhambra*
FAIZA H. ALHAMBRA
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
913-551-6904
913-551-6541 (fax)
Faiza.Alhambra@usdoj.gov
Kan. S. Ct. No. 24525

By:  */s/ Jabari B. Wamble*
JABARI WAMBLE
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
913-551-6730
913-551-6541 (fax)
Jabari.wamble@usddoj.gov
Kan. S. Ct. No. 22730

By: */s/ Vincent Falvo*
VINCENT FALVO
Trial Attorney
Violent Crime and Racketeering Section
United States Department of Justice
1301 New York Avenue, NW,
Room 753 Washington, D.C. 20530

(202) 353-9384
vincent.falvo@usdoj.gov

21

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on April 17, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for defendant.


         s/ Faiza H. Alhambra
         Faiza H. Alhambra
         Assistant United States Attorney