# **<u>Attachment A</u>**

## CERTIFICATE OF AUTHENTICITY
## OF BUSINESS RECORDS
**(Pursuant to Federal Rules of Evidence 803(6) and 902(11))**

I, Amy Martin, declare that I am employed by the International Brotherhood of Boilermakers.  My official title is Director of Communications. By virtue of my position, I am familiar with the manner in which the International Brotherhood of Boilermakers maintains records in the ordinary course of its regularly conducted business activities as they relate specifically to the documents identified below, and I am qualified to make this declaration.

I further certify that the PhotoShelter documents, produced pursuant to Rule 17(c) subpoena (Doc. 126-1), are originals or true copies of records which:

A. Were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters;

B. Were kept in the course of the regularly conducted business activity;

C. Were made by the said business activity as a regular practice; and

D. If not original records, are duplicates of original records.

I declare under penalty of criminal punishment for perjury and false statement that the foregoing is true and correct.

3/23/26
Date

Signature

Amy Martin
Printed Name

# **Attachment B**

## CERTIFICATE OF AUTHENTICITY
## OF BUSINESS RECORDS
### (Pursuant to Federal Rules of Evidence 803(6) and 902(11))

I, Courtney Wheeler, declare that I am employed by the International Brotherhood of Boilermakers. My official title is Assistant to the International Vice President - Southeast. By reason of my position, I am familiar with how the International Brotherhood of Boilermakers maintains records relating to its regularly conducted business activity with respect to the documents listed below, and I am qualified to make this declaration.

I further certify that the International Executive Council ballots and assignment letters, produced pursuant to Rule 17(c) subpoena (Doc. 126-1), are originals or true copies of records which:

A. Were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters;

B. Were kept in the course of the regularly conducted business activity;

C. Were made by the said business activity as a regular practice; and

D. If not original records, are duplicates of original records.

I declare under penalty of criminal punishment for perjury and false statement that the foregoing is true and correct.

__March 23, 2026__
Date

__Courtney Whe__
Signature

__Courtney Wheeler__
Printed Name

# Attachment C

## CERTIFICATE OF AUTHENTICITY
## OF BUSINESS RECORDS
### (Pursuant to Federal Rules of Evidence 803(6) and 902(11))

I, Debbie Goodwin, declare that I am employed by the International Brotherhood of Boilermakers. My official title is Research Assistant – Collective Bargaining Services. By virtue of my position, I am familiar with the manner in which the International Brotherhood of Boilermakers maintains records in the ordinary course of its regularly conducted business activities as they relate specifically to the documents identified below, and I am qualified to make this declaration.

I further certify that the vacation tracking records, produced pursuant to Rule 17(c) subpoena (Doc. 126-1), are originals or true copies of records which:

A. Were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters;

B. Were kept in the course of the regularly conducted business activity;

C. Were made by the said business activity as a regular practice; and

D. If not original records, are duplicates of original records.

I declare under penalty of criminal punishment for perjury and false statement that the foregoing is true and correct.

3/23/26
Date

Signature

Debbie Goodwin
Printed Name

# <u>Attachment D</u>

## DECLARATION REGARDING CREATION OF SPREADSHEET

I, Debbie Goodwin, declare under penalty of perjury pursuant to **28 U.S.C. § 1746** that the following statements are true and correct:

1.  My name is Debbie Goodwin. I am employed by the International Brotherhood of Boilermakers as a Research Assistant – Collective Bargaining Services.

2.  As part of my employment, I created the spreadsheet titled "2016-2022 IBB Employee Vacation" (the "Spreadsheet"), which has been produced in this litigation pursuant to Rule 17(c) subpoena (Doc. 126-1). The original or true copy of the record was created at or near the time of the occurrence of the matters set forth in the records by me, a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters;

3.  The Spreadsheet was compiled by me on or about May 6, 2022, at the request of former employee Tyler Brown, using information obtained from Bamboo HR records and other internal company documents.

4.  The Spreadsheet was created at Mr. Brown's request for the purpose of compiling information from those sources into a single document. It is not maintained in the ordinary course of business, but instead reflects a compilation of information derived from existing records.

5. To the best of my knowledge, the information contained in the Spreadsheet accurately reflects the information obtained from the underlying records used to create it.

6. The underlying records from which the Spreadsheet was compiled are maintained by the company and can be made available if necessary.

I declare under penalty of criminal punishment for perjury and false statement that the foregoing is true and correct.

3|23|26

Date

Signature

Debbie Goodwin
Printed Name

# **Attachment E**

## CERTIFICATE OF AUTHENTICITY
## OF DOMESTIC RECORDS
### (Pursuant to Federal Rule of Evidence 902(13))

I, Kelli Morgan, declare that I am employed by the International Brotherhood of Boilermakers and my title is Director of Information Technology. I am duly authorized or a qualified witness to certify the authenticity of certain documents produced in response to Rule 17(c) subpoenas directed to the International Brotherhood of Boilermakers, to be used in the matter of *United States v. Jones, et al.*, No. 2:24-CR-20070-DDC in the United States District Court for the District of Kansas.

I assisted third-party vendors, as needed, with the collection of emails from Microsoft Exchange accounts maintained and controlled by the International Brotherhood of Boilermakers, including facilitating access to certain accounts by providing login credentials. I state that the email communications from the email accounts detailed in Exhibit A, produced pursuant to the subpoena issued by the government on or about June 1, 2025 and the subpoena issued by defendants identified in Doc. 126-1, are true duplicates of the original records in the custody of the International Brotherhood of Boilermakers.

I am familiar with the mode of preparation of these records. I certify that these records are true copies and that:

A.  The email accounts identified in Exhibit A reflect domain names consistent with those maintained, controlled, and used by the International Brotherhood of Boilermakers. These records were generated by the International Brotherhood of Boilermakers' electronic process or system that produces an accurate result;

B.  The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of the entity in a manner to ensure that they are true duplicates of the original records; and

C.  The process or system is regularly verified by the entity, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rule 902(13) of the Federal Rules of Evidence. I declare under penalty of perjury that the foregoing is true and correct.

March 24, 2026
Date

*K Morgan*
Signature

Kelli Morgan
Printed Name

## EXHIBIT A

1. Cullen Jones (cmjones@boilermakers.org)

2. Kate Jones (kjones@boilermakers.org)

3. Newton Jones (njones@boilermakers.org)

4. Hailey Rose (hrose@boilermakers.org)

5. William Creeden (bcreeden@boilermakers.org)

6. Warren Fairley (wfairley@boilermakers.org)

7. Lawrence McManamon (lmcmanamon@boilermakers.org)

8. Tyler Brown (tbrown@boilermakers.org)

9. Sarah Baez (smiller@boilermakers.org; sbaez@boilermakers.org)

# **Attachment F**

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Carolyn Papuga, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Wilson-McShane, and my title is Vice President – Contributions/Fund Administrator. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Wilson-McShane. The attached records consist of, for the period of January 1, 2018, to May 1, 2024:

- Plan documents for the International Brotherhood of Boilermakers Employee Health Care Plan (IBBEHC), including Plan Document, Summary Plan Descriptions, Summaries of Benefits and Coverage, and Summaries of Material Modifications;

- IBBEHC participant eligibility records and correspondence;

- COBRA billing and payment records;

- Email communications between and among Wilson-McShane and IBBEHC, relating to specified participants in the IBBEHC and their dependents; and

- Claims listings identifying all medical claims submitted for specified individuals and their dependents.

I further state that:

a.      all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Wilson-McShane, and they were made by Wilson-McShane as a regular practice; and

    b.    such records were generated by Wilson-McShane's electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Wilson-McShane in a manner to ensure that they are true duplicates of the original records; and

        2.    the process or system is regularly verified by Wilson-McShane, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

April 22, 2026
Date

Carolyn Popuga
Signature