UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

                                                          Case No. 2:24-cr-20070-DDC

NEWTON JONES (01),
WILLIAM CREEDEN (02),
KATERYNA JONES (03),
LAWRENCE MCMANAMON (05),

    *Defendants*.

**Defendant William Creeden's
Rule 29(a) Motion for a Judgment of Acquittal**

**Defendant William Creeden's Rule 29(a)**
**Motion for a Judgment of Acquittal**

Now that the government has closed its evidence and before the trial proceeds, Defendant William Creeden moves generally pursuant to Federal Rule of Criminal Procedure 29(a) for a judgment of acquittal as to all counts on all grounds. Insofar as the Court does not grant the motion before the trial proceeds, the Court should reserve its decision and resolve the motion at an appropriate juncture "on the basis of the evidence at the time the ruling was reserved." Fed. R. Crim. P. 29(b). The motion should be granted.

Respectfully submitted,

Federico Andino Reynal
The Reynal Law Firm, PC
917 Franklin Street, Sixth Floor
Houston, Texas 77002
(713) 228-5900
areynal@frlaw.us

Kurt P. Kerns # 15028
Kerns Law Group
328 N. Main Street
Wichita, Kansas 67202
(316) 265-5511
kurtpkerns@aol.com

/s/ Chad Flores
Chad Flores
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640
chad@chadflores.law

Attorneys for William Creeden

2

## Certificate of Service

A true and correct copy of the foregoing document was served via the Court's

CM/ECF system to all registered counsel of record on the day of its filing.

         /s/ Kurt Kerns
           Kurt Kerns

3