**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 24-20070-DDC** |
| **NEWTON JONES (01),** **WILLIAM CREEDEN (02),** **KATERYNA (KATE) JONES (03),** **LAWRENCE McMANAMON (05),** | |
| **Defendants.** | |

**ORDER**

Upon the motion of the United States of America by and through Ryan A. Kriegshauser, United States Attorney for the District of Kansas, to dismiss certain counts of above-captioned case, and the court being fully advised in the premises, and defendants Newton Jones, William Creeden, Kateryna Jones and Lawrence McManamon not objecting, finds that said motion should be sustained.

**IT IS, THEREFORE, BY THE COURT DULY CONSIDERED AND ORDERED**

Counts Twelve (12), Twenty-eight (28), and Thirty-three (33) of the Indictment are dismissed as to defendants Newton Jones and William Creeden.

**Dated this 27th day of May, 2026, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**