VERDICT FORM

67

VERDICT FORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

Plaintiff,

v.

NEWTON JONES (01),
WILLIAM CREEDEN (02),
KATERYNA JONES (03),
LAWRENCE MCMANAMON (05),

Defendants.

Case No. 24-20070-DDC

**Question 1. COUNT 1:** For Count 1 of the Indictment (charging Newton Jones, William Creeden, and Kateryna Jones with a RICO Conspiracy), we, the Jury, unanimously, find as follows (check one option per defendant):

Newton Jones          GUILTY __✓__          NOT GUILTY_____

William Creeden       GUILTY __✓__          NOT GUILTY_____

Kateryna Jones        GUILTY __✓__          NOT GUILTY_____

68

a. **Newton Jones:** If you found Newton Jones NOT GUILTY on Count 1, please skip this question and proceed to question 1.b. If you found Newton Jones GUILTY on Count 1, which type of the following racketeering acts do you find that Newton Jones agreed that a member of the enterprise would commit?

   ✓ Embezzlement from a Labor Union

   ✓ Wire Fraud

   ✓ Embezzlement from Pension and Welfare Funds

b. **William Creeden:** If you found William Creeden NOT GUILTY on Count 1, please skip this question and proceed to question 1.c. If you found William Creeden GUILTY on Count 1, which type of the following racketeering acts do you find that William Creeden agreed that a member of the enterprise would commit?

   ✓ Embezzlement from a Labor Union

   ✓ Wire Fraud

   ✓ Embezzlement from Pension and Welfare Funds

c. **Kateryna Jones:** If you found Kateryna Jones NOT GUILTY on Count 1, please skip this question and proceed to question 2. If you found Kateryna Jones GUILTY on Count 1, which type of the following racketeering acts do you find that Kateryna Jones agreed that a member of the enterprise would commit?

   ✓ Embezzlement from a Labor Union

   ✓ Wire Fraud

   _____ Embezzlement from Pension and Welfare Funds

69

**Question 2. COUNT 2:** For Count 2 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones            GUILTY_____        NOT GUILTY ✓

William Creeden         GUILTY_____        NOT GUILTY ✓

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|-----------|-------------------|----------------------|----------------|
| 2 | Newton Jones and William Creeden | Sept. 6–14, 2019 | Travel by one IBB employee to the United Arab Emirates, Belgium, and the Netherlands | $15,000 |

**Question 3. COUNT 3:** For Count 3 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones            GUILTY_____        NOT GUILTY ✓

William Creeden         GUILTY_____        NOT GUILTY ✓

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|-----------|-------------------|----------------------|----------------|
| 3 | Newton Jones and William Creeden | Sept. 8–14, 2019 | Travel by Tyler Brown and one additional IBB employee to Stuttgart, Germany | $30,000 |

70

**Question 4. COUNT 4:** For Count 4 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                    GUILTY_____    NOT GUILTY __✓___

William Creeden                 GUILTY_____    NOT GUILTY __✓___

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|-----------|------------------|----------------------|----------------|
| 4 | Newton Jones and William Creeden | Oct. 6–11, 2019 | Travel by three IBB employees to Dusseldorf, Germany | $45,000 |

**Question 5. COUNT 5:** For Count 5 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                    GUILTY_____    NOT GUILTY __✓___

William Creeden                 GUILTY_____    NOT GUILTY __✓___

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|-----------|------------------|----------------------|----------------|
| 5 | Newton Jones and William Creeden | Nov. 2–9, 2019 | Travel by Warren Fairley, Tyler Brown, and one additional IBB employee to Marseille, France, and Steinbach, Germany | $45,000 |

71

**Question 6. COUNT 6:** For Count 6 of the Indictment (charging Newton Jones, William Creeden, and Kateryna Jones with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones          GUILTY ✔          NOT GUILTY_____

William Creeden       GUILTY ✔          NOT GUILTY_____

Kateryna Jones        GUILTY ✔          NOT GUILTY_____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|-----------|-------------------|----------------------|----------------|
| 6 | Newton Jones, William Creeden, and Kateryna Jones | Nov. 5–26, 2019 | Travel by Newton Jones and Kateryna Jones to Odessa, Ukraine; Milan, Italy; and Verona, Italy | $30,000 |

**Question 7. COUNT 7:** For Count 7 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones          GUILTY_____          NOT GUILTY ✔

William Creeden       GUILTY_____          NOT GUILTY ✔

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|-----------|-------------------|----------------------|----------------|
| 7 | Newton Jones and William Creeden | Nov. 16–23, 2019 | Travel by Warren Fairley, Tyler Brown, and four additional IBB employees to Geneva, Switzerland | $90,000 |

**Questions 8 and 9 are intentionally omitted.  Proceed to Question 10.**

**Question 10.  COUNT 10:**  For Count 10 of the Indictment (charging Newton Jones, William Creeden, and Lawrence McManamon with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones            GUILTY __✓__            NOT GUILTY_____

William Creeden         GUILTY __✓__            NOT GUILTY_____

Lawrence McManamon      GUILTY_____            NOT GUILTY __✓__

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 10 | Newton Jones, William Creeden, and Lawrence McManamon | Dec. 1–8, 2019 | Travel by Newton Jones, Warren Fairley, Lawrence McManamon, Tyler Brown, and six additional IBB employees to Madrid, Spain | $165,000 |

**Question 11. COUNT 11:** For Count 11 of the Indictment (charging Newton Jones, William Creeden, Kateryna Jones, and Lawrence McManamon with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                 GUILTY ✓_____      NOT GUILTY_____

William Creeden              GUILTY ✓_____      NOT GUILTY_____

Kateryna Jones              GUILTY ✓_____      NOT GUILTY_____

Lawrence McManamon          GUILTY ✓_____      NOT GUILTY_____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 11 | Newton Jones, William Creeden, Kateryna Jones, and Lawrence McManamon | Jan. 31–Feb. 10, 2020 | Travel by Newton Jones, Kateryna Jones, William Creeden, Warren Fairley, Lawrence McManamon, Tyler Brown, and five additional IBB employees to London, England | $165,000 |

**Questions 12 and 13 are intentionally omitted. Proceed to Question 14.**

**Question 14. COUNT 14:** For Count 14 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                 GUILTY ✓_____      NOT GUILTY_____

William Creeden              GUILTY ✓_____      NOT GUILTY_____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 14 | Newton Jones and William Creeden | Aug. 13, 2021 | Travel by Newton Jones to Italy | $15,000 |

74

**Question 15. COUNT 15:** For Count 15 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                 GUILTY_____        NOT GUILTY__✓___

William Creeden             GUILTY_____        NOT GUILTY__✓___

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 15 | Newton Jones and William Creeden | Oct. 18–23, 2021 | Travel by three IBB employees to Bremen, Germany | $45,000 |

**Question 16. COUNT 16:** For Count 16 of the Indictment (charging Newton Jones, William Creeden, Kateryna Jones, and Lawrence McManamon with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                 GUILTY__✓___        NOT GUILTY_____

William Creeden             GUILTY__✓___        NOT GUILTY_____

Kateryna Jones             GUILTY__✓___        NOT GUILTY_____

Lawrence McManamon    GUILTY_____        NOT GUILTY__✓___

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 16 | Newton Jones, William Creeden, Kateryna Jones, and Lawrence McManamon | Oct. 31–Nov. 12, 2021 | Travel by Newton Jones, Kateryna Jones, William Creeden, Warren Fairley, Lawrence McManamon, Tyler Brown, Derek Zurowski, Shae Jones, four additional IBB employees, and a guest to London, Great Britain; Glascow, Scotland; and Amsterdam, Netherlands | $180,000 |

75

**Question 17 is intentionally omitted. Proceed to Question 18.**

**Question 18. COUNT 18:** For Count 18 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones    GUILTY_____   NOT GUILTY___✓___

William Creeden   GUILTY_____   NOT GUILTY__✓____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|-----------|-------------------|----------------------|----------------|
| 18 | Newton Jones and William Creeden | Mar. 27–Apr. 4, 2022 | Travel by two IBB employees to Geneva, Switzerland | $30,000 |

**Question 19. COUNT 19:** For Count 19 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones    GUILTY__✓___   NOT GUILTY_____

William Creeden   GUILTY_✓___   NOT GUILTY_____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|-----------|-------------------|----------------------|----------------|
| 19 | Newton Jones and William Creeden | Apr. 17–26, 2022 | Travel by one IBB employee to Rome/Paestum, Italy | $15,000 |

**Question 20. COUNT 20:** For Count 20 of the Indictment (charging Newton Jones, William Creeden, and Lawrence McManamon with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones          GUILTY ___✓___          NOT GUILTY _____

William Creeden       GUILTY ___✓___          NOT GUILTY _____

Lawrence McManamon    GUILTY ___✓___          NOT GUILTY _____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 20 | Newton Jones, William Creeden, and Lawrence McManamon | Apr. 8–May 2, 2022 | Travel by William Creeden, Lawrence McManamon, Derek Zurowski, Shae Jones, and two additional IBB employees to Santa Caterina, Italy, and Paestum, Italy | $75,000 |

**Question 21. COUNT 21:** For Count 21 of the Indictment (charging Newton Jones, William Creeden, Kateryna Jones, and Lawrence McManamon with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones          GUILTY ___✓___          NOT GUILTY _____

William Creeden       GUILTY ___✓___          NOT GUILTY _____

Kateryna Jones        GUILTY ___✓___          NOT GUILTY _____

Lawrence McManamon    GUILTY ___✓___          NOT GUILTY _____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 21 | Newton Jones, William Creeden, Kateryna Jones, and Lawrence McManamon | May 6–11, 2022 | Travel by Newton Jones, Kateryna Jones, Lawrence McManamon, Tyler Brown, and four additional IBB employees to York/Sheffield, Great Britain | $120,000 |

77

**Question 22.  COUNT 22:**  For Count 22 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones              GUILTY_____        NOT GUILTY___✓___

William Creeden           GUILTY_____        NOT GUILTY__✓___

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|-----------|-------------------|----------------------|----------------|
| 22 | Newton Jones and William Creeden | June 6–11, 2022 | Travel by four IBB employees to Bilbao, Spain | $60,000 |

**Question 23.  COUNT 23:**  For Count 23 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones              GUILTY_____        NOT GUILTY___✓___

William Creeden           GUILTY_____        NOT GUILTY__✓___

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|-----------|-------------------|----------------------|----------------|
| 23 | Newton Jones and William Creeden | June 18–25, 2022 | Travel by four IBB employees to Amsterdam, Netherlands, and Geneva, Switzerland | $60,000 |

78

**Question 24.  COUNT 24:**  For Count 24 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                    GUILTY_____        NOT GUILTY___✓___

William Creeden                 GUILTY_____        NOT GUILTY__✓___

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|-----------|-------------------|----------------------|----------------|
| 24 | Newton Jones and William Creeden | July 14, 2022 | Travel by one official of an English union of salaried rail workers from London to North Carolina | $15,000 |

**Questions 25 and 26 are intentionally omitted.  Proceed to Question 27.**

**Question 27.  COUNT 27:**  For Count 27 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                    GUILTY_____        NOT GUILTY___✓___

William Creeden                 GUILTY_____        NOT GUILTY__✓___

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|-----------|-------------------|----------------------|----------------|
| 27 | Newton Jones and William Creeden | Oct. 16–21, 2022 | Travel by three IBB employees to Bremen, Germany | $45,000 |

79

**Questions 28 and 29 are intentionally omitted.  Proceed to Question 30.**

**Question 30.  COUNT 30:**  For Count 30 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                GUILTY_____        NOT GUILTY__✓__

William Creeden             GUILTY_____        NOT GUILTY__✓__

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 30 | Newton Jones and William Creeden | June 3–10, 2023 | Travel by an IBB employee to Norway, Belgium, and France | $15,000 |

**Question 31.  COUNT 31:**  For Count 31 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                GUILTY_____        NOT GUILTY__✓__

William Creeden             GUILTY_____        NOT GUILTY__✓__

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 31 | Newton Jones and William Creeden | June 17–24, 2023 | Travel by two IBB employees to Cape Town, South Africa | $30,000 |

**Questions 32 and 33 are intentionally omitted.  Proceed to Question 34.**

**Question 34. COUNT 34:** For Count 34 of the Indictment (charging Newton Jones, William Creeden, and Kateryna Jones with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones             GUILTY ✓             NOT GUILTY_____

William Creeden          GUILTY ✓             NOT GUILTY_____

Kateryna Jones           GUILTY ✓             NOT GUILTY_____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 34 | Newton Jones, William Creeden, and Kateryna Jones | On or about September 2019 to on or about August 2023 | Personal restaurant and merchandise credit-card charges | $38,019.39 |

**Question 35. COUNT 35:** For Count 35 of the Indictment (charging Newton Jones, William Creeden, and Kateryna Jones with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones             GUILTY ✓             NOT GUILTY_____

William Creeden          GUILTY ✓             NOT GUILTY_____

Kateryna Jones           GUILTY ✓             NOT GUILTY_____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 35 | Newton Jones, William Creeden, and Kateryna Jones | On or about September 2019 to on or about August 2023 | Salary payments to, and benefit contributions on behalf of Kateryna Jones | $587,981.85 |

81

**Question 36.  COUNT 36:** For Count 36 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                    GUILTY __✓__              NOT GUILTY _____

William Creeden                 GUILTY __✓__              NOT GUILTY _____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|-----------|-------------------|----------------------|----------------|
| 36 | Newton Jones and William Creeden | On or about September 2019 to on or about August 2023 | Salary payments to, and benefit contributions on behalf of Cullen Jones | $413,340.03 |

**Question 37.  COUNT 37:** For Count 37 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                    GUILTY __✓__              NOT GUILTY _____

William Creeden                 GUILTY __✓__              NOT GUILTY _____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|-----------|-------------------|----------------------|----------------|
| 37 | Newton Jones and William Creeden | On or about September 2019 to on or about February 2024 | Salary increases for Shae Jones | $98,413.02 |

82

**Question 38. COUNT 38:** For Count 38 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones          GUILTY___✔___          NOT GUILTY_____

William Creeden       GUILTY_✔___          NOT GUILTY_____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 38 | Newton Jones and William Creeden | On or about September 2019 to on or about February 2024 | Salary increases for Derek Zurowski | $231,367.61 |

**Question 39. COUNT 39:** For Count 39 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones          GUILTY__✔          NOT GUILTY_____

William Creeden       GUILTY_✔___          NOT GUILTY_____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 39 | Newton Jones and William Creeden | August 2019 to June 2020 | Relocation expenses from Boone, North Carolina, to Kansas City, Missouri, and monthly rent for Shae Jones and Derek Zurowski | $17,754.22 |

**Question 40.  COUNT 40:** For Count 40 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                GUILTY _✓_                NOT GUILTY _____

William Creeden            GUILTY _✓_                NOT GUILTY _____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|------------|-------------------|-----------------------|----------------|
| 40 | Newton Jones and William Creeden | June 2020 to June 2021 | Relocation expenses from Kansas City, Missouri, to Chapel Hill, North Carolina, and one year's rent for Shae Jones and Derek Zurowski | $25,814.19 |

**Question 41.  COUNT 41:** For Count 41 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                GUILTY _✓_                NOT GUILTY _____

William Creeden            GUILTY _✓_                NOT GUILTY _____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|------------|-------------------|-----------------------|----------------|
| 41 | Newton Jones and William Creeden | On or about September 2019 to on or about August 2023 | Vacation payouts to Newton Jones | $157,886.95 |

84

**Question 42.  COUNT 42:** For Count 42 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones             GUILTY ___✔___       NOT GUILTY _____

William Creeden          GUILTY ___✔___       NOT GUILTY _____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 42 | Newton Jones and William Creeden | On or about September 2019 to on or about August 2023 | Vacation payouts to William Creeden | $413,478.24 |

**Question 43.  COUNT 43:** For Count 43 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones             GUILTY ___✔___       NOT GUILTY _____

William Creeden          GUILTY ___✔___       NOT GUILTY _____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 43 | Newton Jones and William Creeden | On or about September 2019 to on or about August 2023 | Vacation payouts to Warren Fairley | $51,712.08 |

85

**Question 44.  COUNT 44:** For Count 44 of the Indictment (charging Newton Jones, William Creeden, and Kateryna Jones with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones            GUILTY __✓__            NOT GUILTY_____

William Creeden         GUILTY __✓__            NOT GUILTY_____

Kateryna Jones          GUILTY __✓__            NOT GUILTY_____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|------------|-------------------|-----------------------|----------------|
| 44 | Newton Jones, William Creeden, and Kateryna Jones | On or about September 2019 to on or about August 2023 | Vacation payouts to Kateryna Jones | $118,673.01 |

**Question 45.  COUNT 45:** For Count 45 of the Indictment (charging Newton Jones, William Creeden, and Lawrence McManamon with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones            GUILTY __✓__            NOT GUILTY_____

William Creeden         GUILTY __✓__            NOT GUILTY_____

Lawrence McManamon      GUILTY_____            NOT GUILTY __✓__

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|------------|-------------------|-----------------------|----------------|
| 45 | Newton Jones, William Creeden, and Lawrence McManamon | On or about September 2019 to on or about August 2023 | Vacation payouts to Lawrence McManamon | $51,713.20 |

86

**Question 46.  COUNT 46:**  For Count 46 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                 GUILTY __✓__              NOT GUILTY _____

William Creeden              GUILTY __✓__              NOT GUILTY _____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 46 | Newton Jones and William Creeden | On or about September 2019 to on or about August 2023 | Vacation payouts to Cullen Jones | $73,753.83 |

**Question 47.  COUNT 47:**  For Count 47 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                 GUILTY __✓__              NOT GUILTY _____

William Creeden              GUILTY __✓__              NOT GUILTY _____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|---|---|---|---|---|
| 47 | Newton Jones and William Creeden | On or about April 2023 to on or about October 2023 | Forensic surveillance performed by Mandiant and legal services by Blake and Uhlig law firm | $185,000 |

**Question 48.  COUNT 48:**  For Count 48 of the Indictment (charging Newton Jones and William Creeden with embezzlement from a labor organization as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones               GUILTY __✓__        NOT GUILTY_____

William Creeden            GUILTY __✓__        NOT GUILTY_____

| Count | Defendants | Approximate Dates | Nature of Expenditure | Charged Amount |
|-------|-----------|-------------------|----------------------|----------------|
| 48 | Newton Jones and William Creeden | On or about September 2021 to on or about August 2023 | Loans from the IBB MORE Fund to the Bank of Labor | $7,000,000 |

88

**Question 49.  COUNT 49:**  For Count 49 of the Indictment (charging Newton Jones, William Creeden, and Kateryna Jones with conspiracy to commit health-care fraud), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones              GUILTY ✔          NOT GUILTY_____

William Creeden           GUILTY ✔          NOT GUILTY_____

Kateryna Jones            GUILTY ✔          NOT GUILTY_____

a.  **Newton Jones:**  If you found Newton Jones NOT GUILTY on Count 49, please skip this question and proceed to question 49.b.  If you found Newton Jones GUILTY on Count 49, which one or more manner and means do you find Newton Jones conspired to commit?  If applicable, please write in the letter(s) corresponding to the manner or means from Instruction 33 (reproduced on the next page): _A, B, C, D, E_

b.  **William Creeden:**  If you found William Creeden NOT GUILTY on Count 49, please skip this question and proceed to question 49.c.  If you found William Creeden GUILTY on Count 49, which one or more manner and means do you find William Creeden conspired to commit?  If applicable, please write in the letter(s) corresponding to the manner or means from Instruction 33 (reproduced on the next page): _A, B, C, D, E_

c.  **Kateryna Jones:**  If you found Kateryna Jones NOT GUILTY on Count 49, please skip this question and proceed to question 50.  If you found Kateryna Jones GUILTY on Count 49, which one or more manner and means do you find Kateryna Jones conspired to commit?  If applicable, please write in the letter(s) corresponding to the manner or means from Instruction 33 (reproduced on the next page): _A, B_

89

Manners and Means Charged in Count 49 (Reproduced from Instruction 33)

A.    Newton Jones, William Creeden, and Kathy Stapp would make it appear that Kateryna Jones and Cullen Jones were full-time employees of the IBB, scheduled to work at least 30 hours per week, in order to participate in the Boilermakers Health Care Plan, when, in fact, Kateryna Jones and Cullen Jones were not full-time employees scheduled to work at least 30 hours per week.

B.    Kateryna Jones and Cullen Jones would falsely represent that they were eligible for participation in the Boilermakers Union Health Care Plan to various medical providers to receive delivery of medical treatment, and receive reimbursement payments for the expenses of medical treatment, from the Boilermakers Union Health Care Plan.

C.    Newton Jones, William Creeden, and Kathy Stapp would place Brian Daly on the IBB payroll in April 2018 as "Assistant to the International President" in order to provide health-care insurance to him and his family members when he was undergoing treatment for a terminal illness in New York and would provide no work for the IBB.

D.    Newton Jones, William Creeden, and Kathy Stapp would falsely represent to the Boilermakers Union Health Care Plan in May 2018 that Brian Daly began working for the IBB on January 1, 2018, when in fact, they had not placed Brian Daly on the payroll until late April 2018 in order to allow him to skirt the eligibility rules of the plan which required an individual to actually work for 90 days before becoming covered by the plan.

E.    Newton Jones, William Creeden, and Kathy Stapp would pay Brian Daly as an employee of the IBB until June 30, 2018, and provide a death benefit to his family when he passed away on June 1, 2018, and would permit the Boilermakers Union Health Care Plan to provide medical reimbursements to Brian Daly's descendants even though neither he nor his family were eligible to participate in the Boilermakers Union Health Care Plan at any time.

**Question 50. COUNT 50:** For Count 50 of the Indictment (charging Newton Jones, William Creeden, and Kateryna Jones with theft in connection with health care as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                GUILTY __✓__                NOT GUILTY_____

William Creeden            GUILTY __✓__                NOT GUILTY_____

Kateryna Jones             GUILTY __✓__                NOT GUILTY_____

| Count | Defendants | Recipient | Charged Amount |
|-------|-----------|-----------|----------------|
| 50 | Newton Jones, William Creeden, and Kateryna Jones | Kateryna Jones | $3,903.16 |

**Question 51. COUNT 51:** For Count 51 of the Indictment (charging Newton Jones and William Creeden with theft in connection with health care as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                GUILTY __✓__                NOT GUILTY_____

William Creeden            GUILTY __✓__                NOT GUILTY_____

| Count | Defendants | Recipient | Charged Amount |
|-------|-----------|-----------|----------------|
| 51 | Newton Jones and William Creeden | Cullen Jones | $18,026.07 |

91

92

**Question 52. COUNT 52:** For Count 52 of the Indictment (charging Newton Jones and William Creeden with theft in connection with health care as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones            GUILTY _✓_            NOT GUILTY_____

William Creeden        GUILTY _✓_            NOT GUILTY_____

| Count | Defendants | Recipient | Charged Amount |
|-------|-----------|-----------|----------------|
| 52 | Newton Jones and William Creeden | Brian Daly and his descendants | $14,082.85 |

92

**Question 53. COUNT 53:** For Count 53 of the Indictment (charging Newton Jones and William Creeden with conspiracy to commit wire fraud), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones                    GUILTY  ✓          NOT GUILTY_____

William Creeden                 GUILTY  ✓          NOT GUILTY_____

a. **Newton Jones:** If you found Newton Jones NOT GUILTY on Count 53, please skip this question and proceed to question 53.b. If you found Newton Jones GUILTY on Count 53, which one or more manner and means do you find Newton Jones conspired to commit? If applicable, please write in the letter(s) corresponding to the manner or means from Instruction 38 (reproduced on the next page): A, B, C, D, E, F

b. **William Creeden:** If you found William Creeden NOT GUILTY on Count 53, please skip this question and proceed to question 54. If you found William Creeden GUILTY on Count 53, which one or more manner and means do you find William Creeden conspired to commit? If applicable, please write in the letter(s) corresponding to the manner or means from Instruction 38 (reproduced on the next page): C, D, E, F

93

Manners and Means Charged in Count 53 (Reproduced from Instruction 38)

A.  That Newton Jones would appoint himself Chief Executive Officer and William Creeden as Senior Executive Vice President, both employment positions with the Bank of Labor.

B.  That Newton Jones would receive approximately $4,000,000 in salaries, yearly bonuses, 401(k) contributions, life insurance, and cash payments for unused personal time as Senior Executive Vice President of the Bank of Labor while performing no additional duties from his position as a member of the board of directors of the Bank of Labor.

C.  That William Creeden would receive approximately $3,400,000 in salaries, yearly bonuses, 401(k) contributions, life insurance, and cash payments for unused personal time as Senior Executive Vice President of the Bank of Labor while performing no additional duties from his position as a member of the board of directors of the Bank of Labor.

D.  That Newton Jones and William Creeden would file their LM-30 reports each year listing the director's fees and incidental meals they received from the Bank of Labor as a party "dealing with" the IBB, but falsely omit the salaries, yearly bonuses, stock options, 401(k) contributions, insurance, and cash payments for unused personal time they received from the Bank of Labor each year pursuant to the false representation that they were working as fulltime employees of the Bank of Labor.

E.  That Newton Jones and William Creeden would violate the IBB Conflict of Interest Policy by failing to disclose the conflict of interest caused by their compensation as employees of the Bank of Labor in written form on an annual basis for entry into the minutes of the IBB International Executive Council.

F.  That Newton Jones and William Creeden would violate the IBB Conflict of Interest Policy by failing to abstain from participating in any discussions or deliberations with respect to the IBB's dealings with the Bank of Labor, and by using their personal influence to affect deliberations, making motions, voting, executing agreements, and taking similar actions on behalf of the organizations where the conflict of interest might pertain by law, agreement, or otherwise.

**Question 54.  COUNT 54:** For Count 54 of the Indictment (charging Newton Jones and William Creeden with theft from an employee retirement plan as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones          GUILTY __✓__          NOT GUILTY_____

William Creeden        GUILTY_____          NOT GUILTY __✓__

| Count | Recipient | Amount | Program |
|---|---|---|---|
| 54 | Newton Jones | $703,238.31 in retirement payments | Bank of Labor Retirement Plan |

**Question 55.  COUNT 55:** For Count 55 of the Indictment (charging Newton Jones and William Creeden with theft from an employee retirement plan as summarized in the table below this question), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones          GUILTY_____          NOT GUILTY __✓__

William Creeden        GUILTY __✓__          NOT GUILTY_____

| Count | Recipient | Amount | Program |
|---|---|---|---|
| 55 | William Creeden | $740,642.07 in retirement payments | Bank of Labor Retirement Plan |

95

**Question 56. COUNT 56:** For Count 56 of the Indictment (charging Newton Jones and William Creeden with theft from an employee retirement plan), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones          GUILTY_____          NOT GUILTY__✓__

William Creeden      GUILTY_____          NOT GUILTY__✓__

| Count | Recipient | Amount | Program |
|-------|-----------|--------|---------|
| 56 | Newton Jones | $12,012.16 in monthly disbursement | Boilermaker-Blacksmith National Pension Trust |

**Question 57. COUNT 57:** For Count 57 of the Indictment (charging Newton Jones and William Creeden with theft from an employee retirement plan), we, the Jury, unanimously find as follows (check one option per defendant):

Newton Jones          GUILTY_____          NOT GUILTY__✓__

William Creeden      GUILTY_____          NOT GUILTY__✓__

| Count | Recipient | Amount | Program |
|-------|-----------|--------|---------|
| 57 | William Creeden | $10,087.60 in monthly disbursement | Boilermaker-Blacksmith National Pension Trust |

**Question 58.** Did the jury unanimously agree to each answer you have provided in this Verdict?

Yes __✓__

No _____

__05 Jun 2026__
Date

███████████████████
Foreperson

96