**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:24-cr-20070-DDC-TJJ** |
| | ) | |
| **NEWTON JONES, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW Spencer Fane LLP ("Movant"), counsel for Defendant Newton Jones ("Mr. Jones") and, pursuant to D. Kan. Rule 83.5.5, hereby moves to withdraw as counsel for Mr. Jones.

In support thereof, Movant respectfully states as follows:

1. By and through the undersigned, Movant entered its appearance for Mr. Jones on or about August 27, 2024. Movant's entry was pursuant to an engagement agreement between Movant and Mr. Jones, which set out the terms of the engagement.
2. Movant represented Mr. Jones through jury trial, which concluded on June 5, 2026.
3. Movant now seeks to withdraw as counsel for Mr. Jones because Mr. Jones has breached and continues to breach the engagement agreement between Mr. Jones and Movant.
4. On or about June 13, 2026, pursuant to D. Kan. Rule 83.5.5(a)(1)(B), Mr. Jones was provided with notice via certified mail of the admonition that he is personally responsible for complying with all orders of the court and time limitations established by the rules of procedure or court order, and the dates of all pending hearings, conferences and deadlines. *See* Exhibit A, attached hereto.

5. Mr. Jones' current mailing address and telephone number are as follows:

Newton Jones
410 Lystra Preserve Drive
Chapel Hill, NC 27517
(919) 259-3305
newtonbjones@me.com

6. This motion will be served on Mr. Jones in the same manner as Exhibit A, and on all counsel of record pursuant to Federal Rule of Criminal Procedure 5(b).

7. Pursuant to D. Kan. Rule 83.5.5(a)(4)(A), Movant will file proof of personal service of this Motion or the certified mail receipt, signed by the client.

WHEREFORE, for the reasons stated above, Movant Spencer Fane LLP respectfully requests that this Honorable Court enter its order granting Movant's motion to withdraw, and for such other relief as the Court deems just and proper.

Respectfully submitted,
SPENCER FANE LLP

/s/ *Patrick A. McInerney*

| | |
|---|---|
| Patrick A. McInerney, | KS# 22561 |
| Daniel M. Nelson, | KS Fed # 79203 |
| Caleb P. Phillips, | KS#26226 |
| Emily N. Reed, | KS Fed#79020 |

SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
Tele: 816-474-8100
Fax: 816-474-3216
pmcinerney@spencerfane.com
dnelson@spencerfane.com
**Movant and Attorneys for Newton Jones**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on June 26, 2026, with the Clerk of the Court for delivery to interested parties.

*/s/ Patrick A. McInerney*