**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cr-20070-DDC-TJJ |
| | ) | |
| KATERYNA JONES, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT KATERYNA JONES' SUPPLEMENTAL MOTION FOR**
**A JUDGMENT OF ACQUITTAL OF COUNTS 1, 6, 11, 16, 21, 34, 35, 44, 49, and 50**

COMES NOW Defendant Kateryna Jones, (Mrs. Jones) by and through her undersigned counsel, and hereby respectfully moves pursuant to Rule 29 of the Federal Rules of Criminal Procedure for judgment of acquittal. Mrs. Jones filed her original Motion for Judgment of Acquittal at the close of the government's evidence. Doc. 410. The Court reserved judgment on that motion, and it remains pending. In this supplement, Mrs. Jones again advances a general motion under Fed. R. Crim. P. 29 as authorized under the Tenth Circuit caselaw referenced in her original motion. In doing so, Mrs. Jones challenges each essential element of each remaining count.[1] See Doc. 453 (Verdict). Mrs. Jones does not waive, forfeit, or otherwise compromise any aspect of her original motion, which remains pending. This supplemental motion only renews her request for a judgment of acquittal following the close of all the evidence and specifies that a judgment of acquittal is especially warranted for the reasons stated below and for the reasons stated in the supplemental motion filed by Mr. Creeden contemporaneously herewith. In addition to the arguments below, Mrs. Jones joins Mr. Creeden's supplemental motion in full

---

[1] Mrs. Jones was found guilty on Counts 1, 6, 11, 16, 21, 34, 35, 44, 49, and 50. The Court overall dismissed counts overall 8-9, 12-13, 17, 25-26, 28-29, and 32-33 prior to submission.

and incorporates it fully herein by this reference as if each argument made by Mr. Creeden, as to Count 1, applied to Mrs. Jones as well.

**<u>Argument</u>**

In addition to the argument regarding Count 1, as incorporated above, as to Counts 6, 11, 16, 21, 34, 35, 44, 49, and 50, <u>no</u> evidence was produced to show Mrs. Jones had authority to facilitate any of the benefits she received.  While she may have benefited by use of the IBB American Express credit card, vacation benefits, health care benefits, and international travel, no evidence was produced that she facilitated any of those benefits.  Instead, as Assistant to International President Newton Jones, Mrs. Jones acted as she was told and had no criminal intent to embezzle or defraud the IBB.

**WHEREFORE**, for the reasons stated above, Defendant Kateryna Jones respectfully requests this Honorable Court grant her Motion and for such other relief as the Court deems just and proper

Respectfully submitted,

/s/ *John T Davis*
John T Davis,  40915MO
KESSLER WILLIAMS LLC
1401 Brentwood Blvd. Suite 500
St. Louis, Missouri 63144
Tele: 314.455.5555
john.davis@kesslerwilliams.com
Attorney for Kateryna Jones

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on June 29, 2026, with the Clerk of the Court for delivery to interested parties.

*/s/ John T Davis*
John T Davis 40915MO